IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BAYER HEALTHCARE AG, ALCON, INC., )
and ALCON MANUFACTURING, LTD., )
)
      Plaintiffs, )
)
v. ) Civil Action No. _____
)
TEVA PHARMACEUTICALS USA, INC., )
)
      Defendant. )

## ALCON, INC. AND ALCON MANUFACTURING, LTD.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Alcon, Inc., a nongovernmental corporate party organized and existing under the laws of Switzerland, states that Nestlé S.A. owns more than 10% of the stock of Alcon, Inc.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Alcon Manufacturing, Ltd. states that it is a Texas limited partnership that has no parent corporations or publicly-held corporations that own 10% or more of its equity.

Respectfully submitted,

_____
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-0141
(302) 658-5614 (Facsimile)
*Attorneys for Plaintiffs*
*Alcon, Inc. and Alcon*
*Manufacturing, Ltd.*

2

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)