IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD.,        )<br>)<br>)<br>Plaintiff,        )<br>)<br>v.        )<br>)<br>TEVA PHARMACEUTICALS USA, INC.,        )<br>)<br>Defendants.        ) | C.A. NO. 06-234 |

## PRAECIPE

TO:  Dr. Peter T. Dalleo
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 18
Wilmington, DE 19801

It is respectfully requested that a Summons in a Civil Action to **TEVA PHARMACEUTICALS USA, INC.,** be issued in the above case.

              **CONNOLLY BOVE LODGE & HUTZ LLP**

              */s/ Jeffrey B. Bove*
              Rudolf E. Hutz (#484)
              Jeffrey B. Bove (#998)
              1007 N. Orange Street
              P. O. Box 2207
              Wilmington, DE 19899
              *Attorneys for Plaintiffs Bayer Healthcare AG, Alcon, Inc., and Alcon Manufacturing, Ltd.*

Dated: April 7, 2006