IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER HEALTHCARE AG, ALCON, INC. and ALCON MANUFACTURING, LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-234 |
| TEVA PHARMACEUTICALS USA, INC. | ) ) | |
| Defendant. | ) | |

## NOTICE OF EXTENSION

Plaintiffs Bayer Healthcare AG, Alcon, Inc. and Alcon Manufacturing, Ltd. hereby agree,

subject to the approval of the Court, to extend the time for defendant Teva Pharmaceuticals

USA, Inc. to answer, move, or otherwise respond to the complaint in this action through and

including May 3, 2006.

**CONNOLLY BOVE LODGE & HUTZ LLP**


___*/s/ Jeffrey B. Bove*_____
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiffs Bayer Healthcare AG,*
*Alcon, Inc., and Alcon Manufacturing, Ltd.*

So Ordered this ___ day of _____, 2006,


_____
United States District Judge