IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-234 (SLR) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) | |

## TEVA PHARMACEUTICALS USA, INC.'s RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Teva Pharmaceuticals USA, Inc., a non-governmental corporate party, is an indirect, wholly-owned subsidiary of Teva Pharmaceutical Industries, Ltd., an Israeli corporation with a place of business in Petach Tikva, Israel.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Bruce M. Gagala
M. Daniel Hefner
Brian A. Garcia
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

Dated: May 10, 2006
731553 / 30271

By: /s/ David E. Moore
Richard A. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, Delaware 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 10, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207

I hereby certify that on May 10, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
bgenderson@wc.com
aperlman@wc.com
amaurer@wc.com
dberl@wc.com
dgrossman@wc.com

By:  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

730055