IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 06-234 (SLR) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Bruce M. Gagala, M. Daniel Hefner, and Brian A. Garcia of Leydig, Voit & Mayer, Ltd., Two Prudential Plaza, Suite 4900, Chicago, Illinois 60601, to represent defendant, Teva Pharmaceuticals USA, Inc., in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, Delaware 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: May 17, 2006
731563 / 30271

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 16, 2006      Signed:      */s/ Bruce M. Gagala*
                                     Bruce M. Gagala
                                     LEYDIG, VOIT & MAYER, LTD.
                                     Two Prudential Plaza, Suite 4900
                                     Chicago, Illinois 60601
                                     Tel: (312) 616-5600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 16, 2006       Signed:   /s/ M. Daniel Hefner
                                   M. Daniel Hefner
                                   LEYDIG, VOIT & MAYER, LTD.
                                   Two Prudential Plaza, Suite 4900
                                   Chicago, Illinois 60601
                                   Tel: (312) 616-5600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 16, 2006          Signed:     /s/ Brian A. Garcia
                                        Brian A. Garcia
                                        LEYDIG, VOIT & MAYER, LTD.
                                        Two Prudential Plaza, Suite 4900
                                        Chicago, Illinois 60601
                                        Tel: (312) 616-5600

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 17, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Rudolf E. Hutz
Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

I hereby certify that on May 17, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Dov P. Grossman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
bgenderson@wc.com
aperlman@wc.com
amaurer@wc.com
dberl@wc.com
dgrossman@wc.com

By:  /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

730055