IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 06-234 ) ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Bruce R. Genderson, Adam L. Perlman, Dov P. Grossman, David I. Berl, and Aaron P. Maurer of Williams & Connolly, 725 Twelth Street, N.W., Washington, DC 20005-5901 to represent Bayer Healthcare AG, Alcon, Inc. and Alcon Manufacturing, LTD in this matter.

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove, I.D. No. 998
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19801
302-658-9141

Attorney for: Bayer Healthcare AG, Alcon, Inc. and Alcon Manufacturing, LTD

Date: May 24, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____          _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office upon the filing of this motion.

Signed: _____
Bruce R. Genderson

Date: 5/19/06

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office upon the filing of this motion.

Signed: *[signature]*
Adam L. Perlman

Date: 5/19/06

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office upon the filing of this motion.

Signed: _____
Dov P. Grossman

Date: 5/22/06

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office upon the filing of this motion.

Signed: _/s/ David Berl_
David I. Berl

Date: 5/22/06

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office upon the filing of this motion.

Signed: _____
Aaron P. Maurer

Date: 5/21/2006

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

## CERTIFICATE OF SERVICE

      I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on May 24, 2006, I electronically filed with the Clerk of Court using CM/ECF the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** which will send notification of such filings to the following:

Richard L. Horwitz, Esquire
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

      I, JEFFREY B. BOVE, ESQUIRE, do hereby certify that on May 24, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Bruce M. Gagala
**Leydig, Voit & Mayer, Ltd.**
Two Prudential Plaza
Suite 4900
180 North Stetson Avenue
Chicago, IL 60601-6780

                                          */s/ Jeffrey B. Bove*
                                         **JEFFREY B. BOVE (# 998)**
                                         Connolly Bove Lodge & Hutz LLP
                                         The Nemours Building
                                         1007 North Orange Street
                                         P.O. Box 2207
                                         Wilmington, DE 19899-2207
                                         (302) 658-9141
                                         jbove@cblh.com