IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Bayer Healthcare AG, Alcon Inc. and Alcon Manufacturing Ltd.<br><br>        Plaintiff,<br><br>v.<br><br>Teva Pharmaceuticals USA Inc.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-234-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

TO:    Clerk of the Court
         United States District Court
         District of Delaware
         844 King Street
         Wilmington, DE   19801

         Richard L. Horwitz
         Potter Anderson & Corroon, LLP
         1313 N. Market Street
         Hercules Plaza, 6th Floor
         P. O. Box 951
         Wilmington, DE   19899-0951

      Please enter the appearance of Richards, Layton & Finger as counsel to plaintiffs, Bayer Healthcare AG, Alcon Inc. and Alcon Manufacturing Ltd. and substitute that firm for the firm of Connolly Bove Lodge & Hutz LLP.

Of Counsel:

Bruce R. Genderson
Adam L. Perlman
Dov P. Grossman
David I. Berl
Aaron P. Maurer
Williams and Connolly
725 Twelfth Street, N.W.
Washington, DC  20005

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
jbove@cblh.com
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiffs

Dated:  June 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951

_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com