IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BAYER HEALTHCARE AG, ALCON, INC.,
and ALCON MANUFACTURING, LTD.,

    Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.,

    Defendant.

C.A. No. 06-234-SLR

## SUBSTITUTION OF LOCAL COUNSEL

PLEASE NOTE the following substitution of local counsel for defendant Teva Pharmaceuticals USA, Inc.: Richard L. Horwitz (#2246), David E. Moore (#3983) and Potter Anderson & Corroon LLP hereby withdraw their appearance, and Richard D. Kirk (#0922), Ashley B. Stitzer (#3891) and The Bayard Firm hereby enter their appearance. Outside counsel remain the same.

June 27, 2006

POTTER ANDERSON & CORROON LLP

/s/ David E. Moore (#3983)
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

THE BAYARD FIRM

/s/ Richard D. Kirk (#0922)
Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

624762v1

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on June 27, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Frederick L. Cottrell III, Esquire<br>Jeffrey L. Moyer, Esquire<br>Anne Shea Gaza, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | |

The undersigned counsel further certifies that, on June 27, 2006, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

| | |
|---|---|
| Bruce R. Genderson, Esquire<br>Adam L. Perlman, Esquire<br>Dov P. Grossman, Esquire<br>David I. Berl, Esquire<br>Aaron P. Maurer, Esquire<br>Williams and Connolly<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005 | |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380v1