IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BAYER HEALTHCARE AG, ALCON, INC.    )
and ALCON MANUFACTURING, LTD.,      )
                                     )
            Plaintiffs,              )
                                     )
                                     )
        v.                           )    Civil Action No. 06-234 (SLR)
                                     )
TEVA PHARMACEUTICALS USA, INC.,      )
                                     )
            Defendant.               )
                                     )
_____)

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 10, 2006, counsel for plaintiff served copies of

Plaintiffs Bayer Healthcare AG, Alcon, Inc. and Alcon Manufacturing, Ltd.'s Initial Disclosures

of Categories of Documents upon the following counsel of record in the manner indicated below:

VIA HAND DELIVERY                    VIA FEDERAL EXPRESS

Richard D. Kirk, Esq.               Bruce M. Gagala, Esq.
Ashley B. Stitzer, Esq.             Leydig, Voit & Mayer, Ltd.
The Bayard Firm                     Two Prudential Plaza - 180 N. Stetson Avenue
222 Delaware Ave., Suite 900        Suite 4900
P.O. Box 25130                      Chicago, IL 60601
Wilmington, DE  19899

Of Counsel:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Dov P. Grossman
Williams and Connolly
725 Twelfth Street, N.W.
Washington, DC   20005
(202) 434-5000

Dated: July 10, 2006

*Anne Shea Gaza*

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Plaintiffs Bayer HealthCare AG,*
*Alcon, Inc. and Alcon Manufacturing, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE  19899

I hereby certify that on July 10, 2006, I sent by Federal Express the foregoing document to the following non-registered participants:

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

Anne Shea Gaza (#4093)
GAZA@rlf.com