IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>)<br>Defendant. ) | C.A. No. 06-234-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 21, 2006, copies of **Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Requests for the Production of Documents and Things (Nos. 1-92) to Bayer Healthcare AG** were served as shown:

**BY EMAIL AND BY HAND**

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

**BY EMAIL AND FEDERAL EXPRESS**

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Aaron P. Maurer, Esquire
David I. Berl, Esquire
Dov P. Grossman, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

630650v1

July 21, 2006                            THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000

Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

OF COUNSEL:

Bruce M. Gagala, Esquire
M. Daniel Hefner, Esquire
Brian A. Garcia, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601