IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC. and ALCON MANUFACTURING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 06-234-SLR ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 21, 2006, counsel for plaintiff served copies of Plaintiffs Bayer HealthCare AG, Alcon, Inc. and Alcon Manufacturing, Ltd.'S First Set Of Requests For The Production Of Documents And Things (Nos. 1-63) To Defendant Teva Pharmaceuticals USA, Inc. upon the following counsel of record in the manner indicated below:

VIA HAND DELIVERY

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

VIA FEDERAL EXPRESS

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

Of Counsel:

Bruce R. Genderson
Adam L. Perlman
Aaron P. Maurer
David I. Berl
Dov P. Grossman
Williams and Connolly
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000


Dated: July 21, 2006

*Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
   *Attorneys for Plaintiffs Bayer HealthCare AG,
   Alcon, Inc. and Alcon Manufacturing, Ltd.*

RLF1-3035148-1

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

I hereby certify that on July 21, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3039991-1