IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC. and ALCON MANUFACTURING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 06-234-SLR ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Plaintiffs Bayer Healthcare AG, Alcon, Inc. and Alcon Manufacturing, Ltd.'s First Set of Interrogatories (Nos. 1-5) to Defendant Teva Pharmaceuticals USA, Inc. were served on August 25, 2006 upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Richard D. Kirk
Ashley B. Stitzer
THE BAYARD FIRM
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Bruce M. Gagala
M. Daniel Hefner
Brian A. Garcia
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Ste 4900
Chicago, IL 60601

|  |  |
|---|---|
| Of Counsel: | */s/ Anne Shea Gaza* <br> Frederick L. Cottrell, III (#2555) <br> Cottrell@rlf.com |
| Bruce R. Genderson | Jeffrey L. Moyer (#3309) |
| Adam L. Perlman | Moyer@rlf.com |
| Dov P. Grossman | Anne Shea Gaza (#4093) |
| David I. Berl | Gaza@rlf.com |
| Aaron P. Maurer | Richards, Layton & Finger, P.A. |
| Williams and Connolly | One Rodney Square |
| 725 Twelfth Street, N.W. | 920 North King Street |
| Washington, DC  20005 | Wilmington, DE 19801 |
|  | 302-651-7700 |
| Dated: August 25, 2006 | Attorneys for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

I hereby certify that on August 25, 2006, I sent by Federal Express the foregoing document to the following non-registered participants:

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

_____
Anne Shea Gaza (#4093)
GAZA@rlf.com