IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON INC. AND ALCON MANUFACTURING LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-234-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 1, 2006, counsel for plaintiffs served copies of Plaintiffs Alcon, Inc.'s and Alcon Manufacturing Inc.'s Responses to Defendant's First Set of Interrogatories (Nos. 1-4) upon the following counsel of record in the manner at the addresses indicated below:

**VIA HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

Of Counsel:

Bruce R. Genderson
Adam L. Perlman
Dov P. Grossman
David I. Berl
Aaron P. Maurer
Williams and Connolly
725 Twelfth Street, N.W.
Washington, DC  20005

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiffs

Dated: September 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

I hereby certify that on September 1, 2006, I sent by Federal Express the foregoing document to the following non-registered participants:

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
GAZA@rlf.com

RLF1-3052040-1