IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Bayer Healthcare AG, Alcon Inc. and Alcon Manufacturing Ltd., <br><br>   Plaintiffs, <br><br>v. <br><br>Teva Pharmaceuticals USA Inc., <br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-234-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 1, 2006, counsel for plaintiffs served copies of Plaintiff Bayer HealthCare AG's Responses to Defendant's First Set of Interrogatories (Nos. 1-4) upon the following counsel of record in the manner at the addresses indicated below:

**VIA HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

|  |  |
|---|---|
| Of Counsel: | /s/ *signature*<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com |
| Bruce R. Genderson | Jeffrey L. Moyer (#3309) |
| Adam L. Perlman | Moyer@rlf.com |
| Dov P. Grossman | Anne Shea Gaza (#4093) |
| David I. Berl | Gaza@rlf.com |
| Aaron P. Maurer | Richards, Layton & Finger, P.A. |
| Williams and Connolly | One Rodney Square |
| 725 Twelfth Street, N.W. | 920 North King Street |
| Washington, DC  20005 | Wilmington, DE 19801 |
|  | 302-651-7700 |
|  | Attorneys for Plaintiffs |

Dated: September 1, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

I hereby certify that on September 1, 2006, I sent by Federal Express the foregoing document to the following non-registered participants:

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
GAZA@rlf.com