IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Bayer Healthcare AG, Alcon Inc. and Alcon Manufacturing Ltd., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-234-SLR |
| Teva Pharmaceuticals USA Inc., | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 1, 2006, counsel for plaintiffs served copies of Plaintiff Bayer HealthCare AG's Responses to Defendant's First Set of Requests for the Production of Documents and Things (Nos. 1-92) upon the following counsel of record in the manner and addresses indicated below:

**VIA HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

Of Counsel:

Bruce R. Genderson
Adam L. Perlman
Dov P. Grossman
David I. Berl
Aaron P. Maurer
Williams and Connolly
725 Twelfth Street, N.W.
Washington, DC   20005

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiffs

Dated:  September 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Richard D. Kirk, Esq.
> Ashley B. Stitzer, Esq.
> The Bayard Firm
> 222 Delaware Ave., Suite 900
> P.O. Box 25130
> Wilmington, DE 19899

I hereby certify that on September 1, 2006, I sent by Federal Express the foregoing document to the following non-registered participants:

> Bruce M. Gagala, Esq.
> Leydig, Voit & Mayer, Ltd.
> Two Prudential Plaza
> 180 N. Stetson Avenue
> Suite 4900
> Chicago, IL 60601

Anne Shea Gaza (#4093)
GAZA@rlf.com