IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYERHEALTHCARE AG, ALCON, INC. and ALCON MANUFACTURING, LTD., : : : Plaintiffs, : : v. : TEVA PHARMACEUTICALS USA, INC., : : Defendant. : | Civil Action No. 06-234-SLR |

## ORDER

At Wilmington this **14th** day of **September, 2006**.

IT IS ORDERED that the teleconference scheduled for September 15, 2006 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE