## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

BAYER HEALTHCARE AG, ALCON, INC.,  )
and ALCON MANUFACTURING, LTD.,     )
                                   )
                 Plaintiff,        )
                                   )    C.A. No. 06-234-SLR
        v.                         )
                                   )
TEVA PHARMACEUTICALS USA, INC.,    )
                                   )
                 Defendant.        )

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 15, 2006, copies of **Defendant**

**Teva Pharmaceuticals USA, Inc.'s Initial List of Witnesses and this Notice of Service**

were served as shown:

**BY EMAIL AND BY HAND**

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

**BY EMAIL AND FEDERAL EXPRESS**

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Aaron P. Maurer, Esquire
David I. Berl, Esquire
Dov P. Grossman, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

December 15, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

646321-1

OF COUNSEL:

Bruce M. Gagala, Esquire
M. Daniel Hefner, Esquire
Brian A. Garcia, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601