IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON INC. AND ALCON MANUFACTURING LTD., <br><br>Plaintiffs, <br><br>v. <br><br>TEVA PHARMACEUTICALS USA INC., <br><br>Defendant. | ) ) ) ) ) ) ) C. A. No. 06-234-SLR ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 16, 2007, counsel for plaintiffs served copies of Plaintiffs Bayer Healthcare AG, Alcon, Inc. and Alcon Manufacturing Ltd.'s Second Set of Interrogatories (Nos. 6-19) to Defendant Teva Pharmaceuticals USA, Inc. upon the following counsel of record in the manner and at the addresses indicated below:

**VIA HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

Of Counsel:

Bruce R. Genderson
Adam L. Perlman
Dov P. Grossman
David I. Berl
Aaron P. Maurer
Williams and Connolly
725 Twelfth Street, N.W.
Washington, DC  20005

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiffs

Dated:  March 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

I hereby certify that on March 16, 2007, the foregoing document was sent via Federal Express and electronic mail to the following non-registered participants:

Bruce M. Gagala, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

Anne Shea Gaza (#4093)
gaza@rlf.com