IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 06-234-SLR ) ) ) ) ) |

**MOTION AND ORDER
FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5, and the attached certifications, counsel moves the admissions *pro hac vice* of Stanley E. Fisher of Williams & Connolly to represent plaintiffs Bayer Healthcare AG and Bayer Pharmaceuticals Corporation in the above-captioned matter.

OF COUNSEL:
Bruce R. Genderson
Adam L. Perlman
David I. Berl
Dov. P. Grossman
Stanley E. Fisher
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (Facsimile)

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
(302) 651-7701 (Facsimile)
*Attorneys for Plaintiffs Bayer HealthCare AG, Alcon, Inc. and Alcon Manufacturing, Ltd*

Dated: April 10, 2007

RLF1-3136362-1

SO ORDERED this _____ day of April, 2007.

_____
Chief Judge Sue L. Robinson

## CERTIFICATION BY STANLEY E. FISHER

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Stanley E. Fisher
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

Dated: April 10, 2007

RLF1-3136362-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

I hereby certify that on April 10, 2007, the foregoing document was sent via Federal Express and electronic mail to the following non-registered participants:

Bruce M. Gagala, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

Anne Shea Gaza (#4093)
gaza@rlf.com