IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON INC. AND ALCON MANUFACTURING LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 06-234-SLR ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 12, 2007, counsel for plaintiffs served copies of Plaintiff Bayer Healthcare AG's Response to Defendant's Notice of Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) upon the following counsel of record in the manner and addresses indicated below:

**VIA HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

RLF1-3138397-1

|  |  |
|---|---|
| Of Counsel: | *Anne Shea Gaza* (signature)<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com |
| Bruce R. Genderson<br>Adam L. Perlman<br>Dov P. Grossman<br>David I. Berl<br>Aaron P. Maurer<br>Williams and Connolly<br>725 Twelfth Street, N.W.<br>Washington, DC  20005 | Jeffrey L. Moyer (#3309)<br>Moyer@rlf.com<br>Anne Shea Gaza (#4093)<br>Gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Plaintiffs |

Dated: April 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

I hereby certify that on April 10, 2007, the foregoing document was sent via Federal Express and electronic mail to the following non-registered participants:

Bruce M. Gagala, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com