## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BAYER HEALTHCARE AG and BAYER )
PHARMACEUTICALS CORPORATION, )
)
)
Plaintiffs, )
)          Civil Action No. 06-234-SLR
v. )
)
TEVA PHARMACEUTICALS USA, INC., )
)
Defendant. )
)

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Douglas A. Robinson of Leydig, Voit & Mayer, LTD to represent Defendant

Teva Pharmaceuticals, USA, Inc., in the above matter.  Pursuant to this Court's Standing Order

effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being

submitted in connection with this application.

April 30, 2007                                    THE BAYARD FIRM

OF COUNSEL:                                       /s/ Richard D. Kirk (rk0922)
Bruce M. Gagala                                   Richard D. Kirk (No. 0922)
M. Daniel Hefner                                  Ashley B. Stitzer (No. 3891)
Brian A. Garcia                                   222 Delaware Avenue
Douglas A. Robinson                               Suite 900
LEYDIG, VOIT & MAYER, LTD.                        P.O. Box 25130
Two Prudential Plaza, Suite 4900                  Wilmington, DE 19899-5130
Chicago, Illinois 60601                           (302) 655-5000
                                                  rkirk@bayardfirm.com

                                                  *Attorneys for Defendant,*
                                                  *TEVA PHARMACEUTICALS USA, INC.*

        SO ORDERED, this _____ day of May, 2007.


                                    _____
                                    United States District Judge

658506-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: April 24, 2007

Douglas A. Robinson
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, 49th Floor
Chicago, IL  60601
*Attorneys for Defendant,*
*TEVA PHARMACEUTICALS USA, INC.*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 30, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

The undersigned counsel further certifies that, on April 30, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Dov P. Grossman, Esquire
David I. Berl, Esquire
Aaron P. Maurer, Esquire
Williams and Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

627932-1