IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACURING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 06-234 (SLR) ) ) ) ) ) |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to paragraph 6 of the Scheduling Order in this case, dated July 12, 2006, Plaintiffs and Defendant submit the following list of disputed claim terms or phrases appearing in the asserted claims of U.S. Patent Nos. 4,990,517 ("the '517 patent"), 5,607,942 ("the '942 patent"), and 6,716,830 ("the '830 patent").

*Anne Shea Gaza* (signature)
Frederick Cottrell (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs*
*Bayer HealthCare AG, Alcon, Inc., and*
*Alcon Manufacturing, Ltd.*

OF COUNSEL:
Bruce R. Genderson
Adam L. Perlman
David I. Berl
Dov P. Grossman
Stanley E. Fisher
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

/s/ Richard D. Kirk
Richard D. Kirk (#922)
rkirk@bayardfirm.com
Ashley B. Stitzer (#3891)
astitzer@bayardfirm.com
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4242

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:
Bruce M. Gagala
M. Daniel Hefner
Brian A. Garcia
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601
(312) 616-5600

Dated: May 1, 2007

| Terms or Phrases | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| '517 patent (claims 1, 2, 8, 9, and 11) | | |
| The compounds defined by the preambles and the formulas presented in claims 1 and 2 (claims 8, 9 and 11 directly or indirectly referring to claim 1). | Any compound of the structural formulas defined by the preambles and the structural formulas presented in claims 1 and 2.<br><br>For clarity, plaintiffs contend that the claims encompass any compound possessing the connectivity of atoms set forth in the claims, including all stereoisomers, individually or any combination thereof, and not limited to racemates. | The compounds defined by the preamble and the formula presented in claims 1, 2, 8, 9 and 11 are for a diastereomeric mixture in which there are two or more diastereomers, and a racemate of a single diastereomer. For clarity, Teva contends that the compounds defined by the preamble and the formula presented in the claims do not encompass a single enantiomer, or a mixture of a single enantiomer and its mirror image compound, other than as a racemate. |
| '942 patent (claims 1, 3, and 5) | | |
| "[said compound] substantially free [of other enantiomers and stereoisomers]" (found in claim 1; claims 3 and 5 referring to claim 1). | The phrase "substantially free" should be construed as "largely but not necessarily free." | The phrase, to the extent it can be understood, means that any impurities consisting of "other enantiomers" or "other stereoisomers" must be below the detection limit for such enantiomers or stereoisomers. |

2

| '942 patent (claims 2, 4, and 7) | | |
|---|---|---|
| "The compound (1-cyclopropyl-7-(2,8-diazabicyclo[4.3.0]non-8-yl)-6-fluoro-8-methoxy-1,4-dihydro-4-oxo-3-quinolonecarboxylic acid) of the formula [structure shown] (found in claim 2; claims 4 and 7 referring to claim 2). | Any compound of the structural formula [structure shown] "  For clarity, plaintiffs contend that the claims encompass any compound possessing the connectivity of atoms set forth in the claim, including all stereoisomers, individually or any combination thereof, and not limited to racemates. | The compounds defined by the preamble and the formula presented in claims 2, 4, and 7 are for a diastereomeric mixture in which there are two or more diastereomers, and a racemate of a single diastereomer. For clarity, Teva contends that the compounds defined by the preamble and the formula presented in the claims do not encompass a single enantiomer, or a mixture of a single enantiomer and its mirror image compound, other than as a racemate. |

| '830 patent (claim 1) | | |
|---|---|---|
| "moxifloxacin" | The compound [structure shown] | The structure set forth at Col. 3, ll. 38-48 of the '830 patent namely: [structure shown] |

3