### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-234-SLR |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) | |

### <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that, on May 7, 2007, copies of **Defendant Teva's**

**Objections to Plaintiffs' Notice of Deposition Pursuant to Fed. R. Civ.P. 30(b)(6)**

were served as shown:

**BY EMAIL AND BY HAND**

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

**BY EMAIL AND FEDERAL EXPRESS**

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Aaron P. Maurer, Esquire
David I. Berl, Esquire
Dov P. Grossman, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

May 7, 2007

THE BAYARD FIRM

<u>/s/ Richard D. Kirk (rk0922)</u>
Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
 (302) 655-5000
Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

646321-1

OF COUNSEL:

Bruce M. Gagala, Esquire
M. Daniel Hefner, Esquire
Brian A. Garcia, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

646321-1