IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON INC. and ALCON MANUFACTURING LTD., <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>TEVA PHARMACEUTICALS USA INC., <br><br>　　　　　　Defendant. | ) ) ) ) ) ) )　C. A. No. 06-234-SLR ) ) ) ) ) |

## CORRECTED NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 23, 2007, counsel for plaintiffs served copies of Plaintiffs Bayer Healthcare AG, Bayer Pharmaceuticals Corp., Alcon, Inc., and Alcon Manufacturing, Ltd.'s Fourth Set of Interrogatories (No. 25) to Defendant Teva Pharmaceuticals USA, Inc. upon the following counsel of record in the manner and at the addresses indicated below:

**VIA HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

|  |  |
|---|---|
| Of Counsel:<br><br>Bruce R. Genderson<br>Adam L. Perlman<br>Dov P. Grossman<br>David I. Berl<br>Aaron P. Maurer<br>Williams and Connolly<br>725 Twelfth Street, N.W.<br>Washington, DC 20005 | */s/ Anne Shea Gaza*<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Jeffrey L. Moyer (#3309)<br>Moyer@rlf.com<br>Anne Shea Gaza (#4093)<br>Gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Plaintiffs |

Dated: May 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899

I hereby certify that on May 24, 2007, the foregoing document was sent via electronic mail to the following non-registered participants:

Bruce M. Gagala, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com