IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 06-234 SLR |

NOTICE OF FED. R. CIV. P. 30(b)(6) DEPOSITION
OF ALCON MANUFACTURING, LTD.

TO:

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Aaron P. Maurer, Esquire
David I. Berl, Esquire
Dov P. Grossman, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

PLEASE TAKE NOTICE that defendant Teva Pharmaceuticals USA, Inc., pursuant to Fed. R. Civ. P. 30(b)(6), will take the deposition of Alcon Manufacturing, Ltd. ("Alcon") at such place and time as may be agreed upon by counsel and continuing from day to day thereafter until completed. The deposition will be recorded stenographically and may be videotaped. One or more of defendant's counsel may appear telephonically. The deponent is not a natural person. Pursuant to Fed. R. Civ. P. 30(b)(6), Alcon is required to designate one or more persons to testify at the deposition as to the matters known or reasonably available to Alcon concerning all topics set forth in the attached Appendix A.

662913-1

June 14, 2007                                THE BAYARD FIRM

                                             /s/ Richard D. Kirk (rk0922)
                                             Richard D. Kirk
OF COUNSEL:                                  Ashley B. Stitzer
                                             222 Delaware Avenue, Suite 900
Bruce M. Gagala                              P.O. Box 25130
M. Daniel Hefner                             Wilmington, Delaware 19899
Brian A. Garcia                              (302) 655-5000
LEYDIG, VOIT & MAYER, LTD.                   rkirk@bayardfirm.com
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601                      *Attorneys for Defendant,*
                                             *TEVA PHARMACEUTICALS USA, INC.*

# Appendix A
## Topics for Alcon Deposition
## Pursuant to Fed. R. Civ. P. 30(b)(6)

**Topics**

1. The conception and reduction to practice of U.S. Patent 6,716,830 B2.

2. The development and testing of the formulation currently marketed by Alcon under the trade name VIGAMOX®.

3. The synthesis and testing by Alcon of the compound portrayed at column 3, lines 38-48 of U.S. Patent 6,716,830 B2 as having the following structure:

[Chemical structure diagram showing a quinolone compound with F, OMe, cyclopropyl, and octahydropyrrolopyridine substituents]

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on June 14, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

The undersigned counsel further certifies that, on June 14, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Dov P. Grossman, Esquire
David I. Berl, Esquire
Aaron P. Maurer, Esquire
Williams and Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

627932-1