IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC. and ALCON MANUFACTURING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C. A. No. 06-234-SLR ) ) ) ) ) ) |

**STIPULATION AND ORDER REGARDING**
**DOCUMENTS PRODUCED BY DR. REDDY**

It is hereby STIPULATED and ORDERED that:

1. The pages bearing the following bates numbers are from Dr. Reddy's Drug Master File No. 16999 for Moxifloxacin Hydrochloride, which was submitted to the Food and Drug Administration on December 2, 2003:

    DRLMOX 000001 – DRLMOX 000011
    DRLMOX 000059 – DRLMOX 000798
    DRLMOX 000913 – DRLMOX 000942
    DRLMOX 000945 – DRLMOX 001034

2. The pages bearing the following bates numbers are from Dr. Reddy's Abbreviated New Drug Application No. 76-938 for Moxifloxacin Hydrochloride tablets:

    DRLMOX 005020
    DRLMOX 005049 – DRLMOX 005058

- 2 -

| | |
|---|---|
| /s/ Frederick L. Cottrell, III | /s/ Richard D. Kirk |
| Frederick L. Cottrell, III (#2555) | Richard D. Kirk (#0922) |
| Jeffrey L. Moyer (#3309) | Ashley B. Stitzer |
| RICHARDS, LAYTON & FINGER, P.A. | THE BAYARD FIRM |
| One Rodney Square | 222 Delaware Ave., Suite 900 |
| 920 North King Street | P.O. Box 25130 |
| Wilmington, Delaware 19801 | Wilmington, DE 19899 |
| (302) 651-7700 (telephone) | (302) 655-5000 (telephone) |
| (302) 651-7701 (facsimile) | |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Bruce R. Genderson | Bruce M. Gagala |
| Adam L. Perlman | M. Daniel Hefner |
| David I. Berl | Brian A. Garcia |
| Dov P. Grossman | Douglas A. Robinson |
| Stanley E. Fisher | LEYDIG, VOIT & MAYER, LTD. |
| WILLIAMS & CONNOLLY LLP | Two Prudential Plaza |
| 725 Twelfth Street, N.W. | 180 N. Stetson Avenue, Ste 4900 |
| Washington, DC 20005 | Chicago, IL 60601 |
| (202) 434-5000 (telephone) | (312) 616-5600 (telephone) |
| (202) 434-5029 (facsimile) | |
| | *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |
| *Attorneys for Plaintiffs Bayer HealthCare AG, Bayer Pharmaceuticals, Corp., Alcon, Inc. and Alcon Manufacturing, Ltd.* | |

SO OREDERED this _____ day of _____, 2007

_____
Honorable Sue L. Robinson
United States District Judge