IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Bayer Healthcare AG, Alcon Inc. and Alcon Manufacturing Ltd., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 06-234-SLR |
| Teva Pharmaceuticals USA Inc., | ) ) ) | |
| Defendant. | ) ) | |

## CORRECTED NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2007, counsel for plaintiffs served copies of the Expert Report of Edward C. Taylor upon the following counsel of record in the manner and at the address indicated below:

### VIA FEDERAL EXPRESS

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

|  |  |
|---|---|
| Of Counsel: | *[signature]*<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com |
| Bruce R. Genderson<br>Adam L. Perlman<br>Dov P. Grossman<br>David I. Berl<br>Aaron P. Maurer<br>Williams and Connolly<br>725 Twelfth Street, N.W.<br>Washington, DC   20005 | Jeffrey L. Moyer (#3309)<br>Moyer@rlf.com<br>Anne Shea Gaza (#4093)<br>Gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>*Attorneys for Plaintiffs* |

Dated:  July 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

I hereby certify that on July 31, 2007, the foregoing document was sent via Federal Express to the following non-registered participants:

Bruce M. Gagala, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3127359-1