IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, et al., )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>)<br>  Defendant. )<br>) | Civil Action No. 06-234-SLR<br>Civil Action No. 07-195-SLR<br><br>CONSOLIDATED CASES |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) the Expert Report of Steven W. Baldwin and (2) the Expert Report of Loyd V. Allen, Jr. were served as shown:

| BY EMAIL AND BY HAND ON 8/1/07 | BY FEDERAL EXPRESS ON 7/27/07 |
|---|---|
| Frederick L. Cottrell III, Esquire | Bruce R. Genderson, Esquire |
| Jeffrey L. Moyer, Esquire | Adam L. Perlman, Esquire |
| Anne Shea Gaza, Esquire | Aaron P. Maurer, Esquire |
| Richards, Layton & Finger, P.A. | David I. Berl, Esquire |
| One Rodney Square | Dov P. Grossman, Esquire |
| 920 North King Street | Williams & Connolly LLP |
| Wilmington, Delaware 19801 | 725 Twelfth Street, N.W. |
| | Washington, DC 20005 |

August 1, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)

OF COUNSEL:

222 Delaware Avenue, Suite 900
P.O. Box 25130

Bruce M. Gagala, Esquire
M. Daniel Hefner, Esquire
Brian A. Garcia, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

Wilmington, DE 19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000
Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

666465-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 1, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

The undersigned counsel further certifies that, on August 1, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Dov P. Grossman, Esquire
David I. Berl, Esquire
Aaron P. Maurer, Esquire
Williams and Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

627932-1