IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-234-SLR<br>Civil Action No. 07-195-SLR<br>CONSOLIDATED CASES |

**STIPULATION FOR AMENDMENT OF ANSWERS**

WHEREAS, certain information has come to the attention of defendant Teva Pharmaceuticals USA, Inc. ("Teva") through discovery; and

WHEREAS, Teva wishes to amend its answers in these consolidated cases based on that information; and

WHEREAS, plaintiffs Bayer HealthCare AG, Bayer Pharmaceuticals Corporation, Alcon, Inc. and Alcon Manufacturing Ltd. ("Plaintiffs"), while reserving all of their rights with respect to the merits of any such amended answers, do not oppose the filing of such amended answers under seal.

666350-1

- 2 -

NOW, THEREFORE, Plaintiffs and Teva hereby stipulate and agree, subject to the approval of the Court, that Teva may file, under seal, first amended answers stating defenses in Civil Action No. 06-234-SLR and Civil Action No. 07-195-SLR.

| | |
|---|---|
| */s/ Anne Shea Gaza (ag4093)* | */s/ Richard D. Kirk (rk0922)* |
| Frederick L. Cottrell, III (#2555) | Richard D. Kirk (#0922) |
| Jeffrey L. Moyer (#3309) | Ashley B. Stitzer (#3891) |
| Anne Shea Gaza (#4093) | THE BAYARD FIRM |
| RICHARDS, LAYTON & FINGER, P.A. | 222 Delaware Ave., Suite 900 |
| One Rodney Square | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | (302) 655-5000 |
| (302) 651-7700 | *Attorneys for Defendant Teva* |
| *Attorneys for Plaintiffs Bayer HealthCare AG, Bayer Pharmaceuticals, Corp., Alcon, Inc. and Alcon Manufacturing, Ltd.* | *Pharmaceuticals USA, Inc.* |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Bruce R. Genderson | Bruce M. Gagala |
| Adam L. Perlman | M. Daniel Hefner |
| David I. Berl | Brian A. Garcia |
| Dov P. Grossman | Douglas A. Robinson |
| Stanley E. Fisher | LEYDIG, VOIT & MAYER, LTD. |
| WILLIAMS & CONNOLLY LLP | Two Prudential Plaza |
| 725 Twelfth Street, N.W. | 180 N. Stetson Avenue, Ste 4900 |
| Washington, DC 20005 | Chicago, IL 60601 |
| (202) 434-5000 | (312) 616-5600 |

SO ORDERED this _____ day of August, 2007

_____
Hon. Sue L. Robinson
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 2, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

The undersigned counsel further certifies that, on August 2, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Dov P. Grossman, Esquire
David I. Berl, Esquire
Aaron P. Maurer, Esquire
Williams and Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

627932-1