IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON INC. AND ALCON MANUFACTURING LTD., <br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C. A. No. 06-234-SLR <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 3, 2007, copies of Plaintiffs Bayer Healthcare AG, Bayer Pharmaceuticals Corp., Alcon, Inc. and Alcon Manufacturing, Ltd.'s Fifth Set Of Interrogatories (No. 26) To Defendant Teva Pharmaceuticals USA, Inc. were served upon the following counsel of record in the manner and addresses indicated below:

**VIA HAND DELIVERY**
Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Ave., Suite 900
Wilmington, DE 19899


OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Dov P. Grossman
David I. Berl
Aaron P. Maurer
Williams and Connolly
725 Twelfth Street, N.W.
Washington, DC 20005

Dated: August 3, 2007

**VIA FEDERAL EXPRESS**
Bruce M. Gagala
M. Daniel Hefner
Brian A. Garcia
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue - Suite 4900
Chicago, IL 60601

_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Plaintiffs*

RLF1-3185855-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and caused the same to be served at the addresses and in the manner indicated below:

| VIA HAND DELIVERY | VIA FEDERAL EXPRESS |
|---|---|
| Richard D. Kirk | Bruce M. Gagala |
| Ashley B. Stitzer | M. Daniel Hefner |
| The Bayard Firm | Brian A. Garcia |
| 222 Delaware Ave., Suite 900 | Leydig, Voit & Mayer, Ltd. |
| Wilmington, DE 19899 | Two Prudential Plaza |
| | 180 N. Stetson Avenue - Suite 4900 |
| | Chicago, IL 60601 |



Jeffrey L. Moyer (#3309)