IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-234-SLR |
| v. ) | Civil Action No. 07-195-SLR |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | CONSOLIDATED CASES |
| ) | |
| Defendant. ) | **FILED UNDER SEAL** |
| ) | |

**FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT TEVA PHARMACEUTICALS USA, INC.
CIVIL ACTION NO. 06-234-SLR**

August 3, 2007

OF COUNSEL:

Bruce M. Gagala, Esquire
M. Daniel Hefner, Esquire
Brian A. Garcia, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

THE BAYARD FIRM

Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Counsel for Defendant
Teva Pharmaceuticals USA, Inc.

**THIS DOCUMENT WAS FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 3, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

The undersigned counsel further certifies that, on August 3, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Dov P. Grossman, Esquire
David I. Berl, Esquire
Aaron P. Maurer, Esquire
Williams and Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005

                                            /s/ Richard D. Kirk (rk0922)
                                            Richard D. Kirk