# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
302-429-4208
rkirk@bayardfirm.com

FILED ELECTRONICALLY

August 8, 2007

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Bayer Healthcare AG, et al., v. Teva Pharmaceuticals USA, Inc.,*
             C.A. No. 06-234 and C.A. No. 07-195 (SLR) (Consolidated)

Dear Judge Robinson:

    On Friday, August 3, 2007, defendant Teva Pharmaceuticals USA, Inc. filed, under seal, amended answers in both C.A. No. 06-234-SLR and C.A. No. 07-195-SLR (D.I. 64 and D.I. 65). In doing the filings, we neglected to attach Exhibits A and B to the amended answers.

    I am enclosing with the original copy of this letter two copies each of Exhibits A and B, and ask that these be attached to the Court's copies of the amended answers filed under seal on Friday, D.I. 64 and 65.

    We have previously submitted electronically copies of these exhibits to be attached to the redacted versions of the amended answers, D.I. 66 and D.I. 67. Exhibit A may be filed publicly, and Exhibit B is confidential and should remain under seal.

    We apologize for the inconvenience, and we appreciate the Court's accommodation to us.

                                         Respectfully submitted,

                                         Richard D. Kirk (rk0922)

RDK/tn
Enclosures with original but not with electronic filing

    cc:    Counsel as shown on the attached certificate

666927-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 8, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

The undersigned counsel further certifies that, on August 8, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Dov P. Grossman, Esquire
David I. Berl, Esquire
Aaron P. Maurer, Esquire
Williams and Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

627932-1