IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Bayer Healthcare AG, Alcon Inc. and Alcon Manufacturing Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Teva Pharmaceuticals USA Inc., <br><br> Defendant. | ) ) ) ) ) ) ) C. A. No. 06-234-SLR ) ) ) ) ) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 19, 2007, counsel for plaintiffs served copies of the Expert Reports of Edward C. Taylor, George G. Zhanel, Daniel W. Armstrong, Ashim K. Mitra and Eduardo C. Alfonso upon the following counsel of record in the manner and addresses indicated below:

### VIA ELECTRONIC MAIL

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

*/s/ Frederick L. Cottrell, III*

| | |
|---|---|
| Of Counsel: | Frederick L. Cottrell, III (#2555) |
| | Cottrell@rlf.com |
| Bruce R. Genderson | Jeffrey L. Moyer (#3309) |
| Adam L. Perlman | Moyer@rlf.com |
| Dov P. Grossman | Anne Shea Gaza (#4093) |
| David I. Berl | Gaza@rlf.com |
| Aaron P. Maurer | Richards, Layton & Finger, P.A. |
| Williams and Connolly | One Rodney Square |
| 725 Twelfth Street, N.W. | 920 North King Street |
| Washington, DC  20005 | Wilmington, DE 19801 |
| | 302-651-7700 |
| | *Attorneys for Plaintiffs* |

Dated: September 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

I hereby certify that on September 21, 2007, the foregoing document was sent via Federal Express to the following non-registered participants:

Bruce M. Gagala, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

Frederick L. Cottrell, III (#2555)
cottrell @rlf.com