IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>TEVA PHARMACEUTICALS USA, INC.,  )<br>  )<br>  Defendant.  )<br>  )<br>  ) | Civil Action No. 06-234-SLR<br>Civil Action No. 07-195-SLR<br><br>CONSOLIDATED CASES |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 4, 2007, copies of (1) TEVA'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIFTH SET OF INTERROGATORIES (NO. 26) and (2) this NOTICE OF SERVICE were served as shown.

**BY EMAIL AND BY HAND**

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

**BY EMAIL AND U.S. MAIL**

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Aaron P. Maurer, Esquire
David I. Berl, Esquire
Dov P. Grossman, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

646321-1

October 4, 2007                              THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
 (302) 655-5000
Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

OF COUNSEL:

Bruce M. Gagala, Esquire
M. Daniel Hefner, Esquire
Brian A. Garcia, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

646321-1