IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Bayer Healthcare AG, Alcon Inc. and Alcon Manufacturing Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Teva Pharmaceuticals USA Inc., <br><br> Defendant. | ) ) ) ) ) ) ) C. A. No. 06-234-SLR ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 28, 2007, counsel for plaintiffs served copies of:

(1) Plaintiffs Bayer Healthcare AG and Bayer Pharmaceuticals Corporation's Supplemental Responses to Defendant's First Set of Interrogatories (Nos. 1-4);

(2) Plaintiffs Alcon, Inc.'s and Alcon Manufacturing Inc.'s Supplemental Responses to Defendant's First Set of Interrogatories (Nos. 1-4); and

(3) Plaintiffs Bayer Healthcare AG, Bayer Pharmaceuticals Corporation, Alcon, Inc., and Alcon Manufacturing Ltd.'s List of Fact Witnesses They Intend To Call At Trial

upon the following counsel of record in the manner at the addresses indicated below:

**VIA ELECTRONIC MAIL**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

/s/ Frederick L. Cottrell, III

| | |
|---|---|
| Of Counsel: | Frederick L. Cottrell, III (#2555) |
| | Cottrell@rlf.com |
| Bruce R. Genderson | Jeffrey L. Moyer (#3309) |
| Adam L. Perlman | Moyer@rlf.com |
| Dov P. Grossman | Anne Shea Gaza (#4093) |
| David I. Berl | Gaza@rlf.com |
| Aaron P. Maurer | Richards, Layton & Finger, P.A. |
| Williams and Connolly | One Rodney Square |
| 725 Twelfth Street, N.W. | 920 North King Street |
| Washington, DC 20005 | Wilmington, DE 19801 |
| | 302-651-7700 |
| | Attorneys for Plaintiffs |

Dated: November 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

I hereby certify that on November 29, 2007, the foregoing document was sent via Federal Express to the following non-registered participants:

Bruce M. Gagala, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com