IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Bayer Healthcare AG, Alcon Inc. and Alcon Manufacturing Ltd., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Teva Pharmaceuticals USA Inc., )<br>)<br>Defendant. )<br>) | C. A. No. 06-234-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 22, 2008, counsel for Plaintiffs served copies of Plaintiffs Alcon, Inc.'s and Alcon Manufacturing, Ltd.'s Responsive Interrogatory Concerning Defendant's Supplemental § 112, ¶1 Defenses upon the following counsel of record in the manner and at the addresses indicated below:

**VIA ELECTRONIC MAIL**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE  19899

**VIA ELECTRONIC MAIL**

Bruce M. Gagala, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza - 180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601

RLF1-3246332-1

Of Counsel:

Bruce R. Genderson
Adam L. Perlman
Dov P. Grossman
David I. Berl
Aaron P. Maurer
Williams and Connolly
725 Twelfth Street, N.W.
Washington, DC  20005

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiffs

Dated: January 23, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE   19899

I hereby certify that on January 23, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Bruce M. Gagala, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL   60601

_Anne Shea Gaza_
Anne Shea Gaza(#4093)
gaza@rlf.com