## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 06-234 SLR |

### DEFENDANT'S NOTICE PURSUANT TO 35 U.S.C. § 282

In accordance with 35 U.S.C. § 282, Defendant Teva Pharmaceuticals USA, Inc.

("Defendant") hereby gives notice to Plaintiffs of the following patents and publications that

may be relied on as anticipating or rendering obvious U.S. Patent No. 6,716,830 or showing the

state of the art relative to any of the patents-in-suit:

| DESCRIPTION | DATE |
|---|---|
| File history for U.S. Patent Application No. 07/375,434 (issued as U.S. Patent 4,990,517) | 12/06/1990 |
| U.S. Patent No. 4,990,517 to Uwe Petersen, Thomas Schenke, Andreas Krebs, Klaus Grohe, Michael Schriewer, Ingo Haller, Karl G. Metzger, Rainer Endermann, and Hans-Joachim Zeiler | 12/06/1990 |
| File history for U.S. Patent Application No. 08/406,448 (issued as U.S. Patent 5,607,942) | 08/15/2000 |
| U.S. Patent No. 5,607,942 to Uwe Petersen, Thomas Schenke, Andreas Krebs, Klaus Grohe, Michael Schriewer, Ingo Haller, Karl G. Metzger, Rainer Endermann, and Hans-Joachim Zeiler | 08/15/2000 |
| File history for U.S. Patent Application No. 10/200,868 (issued as U.S. Patent 6,716,830) | 03/18/2004 |
| U.S. Patent No. 5,059,597 to Uwe Petersen, Thomas Schenke, Andreas Krebs, Klaus Grohe, Michael Schriewer, Ingo Haller, Karl G. Metzger, Rainer Endermann, and Hans-Joachim Zeiler | 10/22/1991 |
| File history for U.S. Patent Application No. 07/580,906 (issued as U.S. Patent 5,059,597) | 10/22/1991 |

| DESCRIPTION | DATE |
|---|---|
| U.S. Patent No. 5,416,096 to Uwe Petersen, Thomas Schenke, Andreas Krebs, Klaus Grohe, Michael Schriewer, Ingo Haller, Karl G. Metzger, Rainer Endermann, and Hans-Joachim Zeiler | 5/16/1995 |
| File history for U.S. Patent Application No. 07/737,631 (issued as U.S. Patent 5,416,096) | 5/16/1995 |
| File history for U.S. Patent Application No. 08/026,906 | 5/17/1995 |
| *Firestone, B.A. et al.*, "Solubility characteristics of three fluoroquinolone ophthalmic solutions in an *in vitro* tear model," Int'l Journal of Pharmaceutics 164 (1998) 119-128 | Accepted for publication 11/26/1997 |
| *Dalhoff et al.*, "In vitro activity of BAY 12-8039, a new 8-methoxyquinolone," Chemotherapy, Vol. 42, No. 6, pp. 410-425 (1996) | November – December 1996 |
| *Schmitz et al.*, "Relationship between ciprofloxacin, ofloxacin, levofloxacin, sparfloxacin and moxifloxacin (BAY 12-8039) MICs and mutations in *grlA, grlB, gyrA,* and *gyrB* in 116 unrelated clinical isolates of *Staphylococcus aureus*," J. Antimicrob. Chemother., Vol. 41, pp. 481-484 | April 1998 |
| USP Dictionary of USAN and International Drug Names (2000 edition), p. 479 | 2000 |
| Remington: The Science and Practice of Pharmacy, 19th ed. (1995); Ch. 89: Ophthalmic Preparations (author: Gerald Hecht), pp. 1563-1579 (Mack Publishing Co., Easton, Pa.) | 1995 |
| Modern Pharmaceutics, 2nd ed. (1990), Ch. 14: Design and Evaluation of Ophthalmic Pharmaceutical Products (Marcel Dekker, Inc., New York) | 1990 |
| Entry for "Ciloxan Solution/Drops; Ophthalmic" in the U.S. Food and Drug Administration's Approved Drug Products with Therapeutics Equivalence Evaluations | 7/24/2007 |
| Monograph for Ciloxan from the 53rd edition of the Physicians' Desk Reference, pp. 490-491 | 1999 |
| Poster entitled "Synthesis and In Vitro Activity of BAY12-8039, a New 8-Methoxyquinolone" | 1996 |
| Abstract entitled "Synthesis and In Vitro Activity of BAY12-8039, a New 8-Methoxyquinolone" | 1996 |
| Monograph for Ciloxan from the 50th edition of the Physicians' Desk Reference, pp. 472-473 | 1996 |
| Monograph for Tobradex Ophthalmic Suspension from the 50th edition of the Physicians' Desk Reference, pp. 473-474 | 1996 |
| Entry for "Ciloxan Ointment; Ophthalmic" in the U.S. Food and Drug Administration's Approved Drug Products with Therapeutic Equivalence Evaluations | 7/23/2007 |
| U.S. Patent No. 5,149,693 to Gerald D. Cagle, Thomas O. McDonald, and Allan L. Rosenthal | 9/22/1992 |

| DESCRIPTION | DATE |
|---|---|
| *Snyder, et. al.,* "Ciprofloxacin-resistant Bacterial Keratitis," Am. J. Ophthal., 114:336-338 | September 1992 |
| *Forster,* "The Management of Infectious Keratits As We Approach the 21[st] Century," The CLAO Journal, Vol. 24, No. 3, pp. 175-180 | July 1998 |
| *Zurenko, et al.,* "Oxazolidinone antibacterial agents: development of the clinical candidates eperezolid and linezolid," Ex. Opin. Invest. Drugs (1997) 6(2): 151-158 | 1997 |
| *Ysasaga, et al.,* "Efficacy of New Streptogramin(Synercid) and Oxazolidinone(Linezolid) antibiotics against Vancomycin Reduced and Multi-Drug Resistant Staphylococci recovered from Endophthalmitis cultures" (Abstract) | 3/15/2001 |
| *Callegan, et al.,* "Antibacterial Activity of the Fourth-Generation Fluoroquinolones Gatifloxacin and Moxifloxacin Against Ocular Pathogens," Adv. Chemother. 20(5): 246-252 | September/October 2003 |
| *Rubinstein,* "History of Quinolones and Their Side Effects," Chemother. 2001; 47(suppl 3): 3-8, 44-46 | 2001 |
| Internet page printout entitled "Search results from the 'OB_Rx' table for query on '019537'" (Orange Book records for Cipro) | 10/29/2007 |
| *O'Brien et al.,* "Topical Ciprofloxacin Treatment of *Pseudomonas* Keratitis in Rabbits," Arch. Ophthal. 106: 1444-1446 | 10/1998 |
| Internet page printout entitled "Search results from the 'OB_Rx' table for query on '019735'" (Orange Book records for Floxin) | 12/16/1997 (approval date) |
| *Borrmann et al.,* "Ofloxacin in Human Serum, Urine, and Tear Film After Topical Application," Cornea 11(3): 226-230 | 1992 |
| U.S. Patent No. 6,395,746 to Gerald Cagle, Robert L. Abshire, David W. Stroman, and John M.Yanni | 5/28/2002 |
| *Liu,* "Pharmacokinetics of Sparfloxacin in the Serum and Vitreous Humor of Rabbits: Physicochemical Properties That Regulate Penetration of Quinolone Antimicrobials," Antimicrob. Agents Chemother. 42: 1417-1423 | 6/1998 |
| *Robertson et al.,* "Absorption and Distribution of Moxifloxacin, Ofloxacin and Gatifloxacin into Ocular Tissues and Plasma Following Topical Ocular Administration to Pigmented Rabbits," Invest. Ophthalmol. Vis. Sci. 2004:45: E-Abstract 4906 (Abstract) | 2004 |
| *Solomon et al.,* "Penetration of Topically Applied Gatifloxacin 0.3%, Moxifloxacin 0.5%, and Ciprofloxacin 0.3% into the Aqueous Humor," Ophthalmology 112(3): 466-469 | 3/2005 |

| DESCRIPTION | DATE |
|---|---|
| *Wagner et al.,* "Evaluation of Moxifloxacin, Ciprofloxacin, Gatifloxacin, Ofloxacin, and Levofloxacin Concentrations in Human Conjunctival Tissue," Arch. Ophthalmol. 123:1282-1283 | 9/2005 |
| *Woodcock et al.,* "In Vitro Activity of BAY 12-8039, a New Fluoroquinolone," Antimicrobial Agents and Chemotherapy, Jan. 1997, p. 101-106 | 1/1997 |
| Monograph for Ciloxan® from the 51st edition of the Physicians' Desk Reference, pp. 468-469 | 1997 |
| Monograph for Tobradex® from the 51st edition of the Physicians' Desk Reference, pp. 469-470 | 1997 |
| Monograph for Ocuflox® from the 51st edition of the Physicians' Desk Reference, pp. 478-479 | 1997 |
| Monograph for Ocuflox® from the 49th edition of the Physicians' Desk Reference, pp. 496-497 | 1995 |

January 24, 2008

OF COUNSEL:

Bruce M. Gagala
M. Daniel Hefner
Douglas A. Robinson
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com

*Attorneys for Defendant,*
*TEVA PHARMACEUTICALS USA, INC.*

## CERTIFICATE OF SERVICE

The undersigned counsel further certifies that, on January 24, 2008, copies of the

foregoing document were sent to the following in the manner shown:

BY EMAIL AND BY HAND

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

BY EMAIL AND BY U.S. MAIL

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Dov P. Grossman, Esquire
David I. Berl, Esquire
Aaron P. Maurer, Esquire
Williams and Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

627932-1