<u>IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF DELAWARE</u>

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., )<br>)<br>and ALCON MANUFACTURING, LTD., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-234 SLR |

<u>DEFENDANT'S SUPPLEMENTAL NOTICE PURSUANT TO 35 U.S.C. § 282</u>

In accordance with 35 U.S.C. § 282, Defendant Teva Pharmaceuticals USA, Inc. ("Defendant") hereby gives notice to Plaintiffs of the following patents and publications that may be relied on as anticipating or rendering obvious U.S. Patent No. 6,716,830 or showing the state of the art relative to any of the patents-in-suit:

| DESCRIPTION | DATE |
|---|---|
| File history for U.S. Patent Application No. 07/375,434 (issued as U.S. Patent 4,990,517) | 12/06/1990 |
| U.S. Patent No. 4,990,517 to Uwe Petersen, Thomas Schenke, Andreas Krebs, Klaus Grohe, Michael Schriewer, Ingo Haller, Karl G. Metzger, Rainer Endermann, and Hans-Joachim Zeiler | 12/06/1990 |
| File history for U.S. Patent Application No. 08/406,448 (issued as U.S. Patent 5,607,942) | 08/15/2000 |
| U.S. Patent No. 5,607,942 to Uwe Petersen, Thomas Schenke, Andreas Krebs, Klaus Grohe, Michael Schriewer, Ingo Haller, Karl G. Metzger, Rainer Endermann, and Hans-Joachim Zeiler | 08/15/2000 |
| File history for U.S. Patent Application No. 10/200,868 (issued as U.S. Patent 6,716,830) | 03/18/2004 |
| U.S. Patent No. 5,059,597 to Uwe Petersen, Thomas Schenke, Andreas Krebs, Klaus Grohe, Michael Schriewer, Ingo Haller, Karl G. Metzger, Rainer Endermann, and Hans-Joachim Zeiler | 10/22/1991 |
| File history for U.S. Patent Application No. 07/580,906 (issued as U.S. Patent 5,059,597) | 10/22/1991 |

| DESCRIPTION | DATE |
|---|---|
| U.S. Patent No. 5,416,096 to Uwe Petersen, Thomas Schenke, Andreas Krebs, Klaus Grohe, Michael Schriewer, Ingo Haller, Karl G. Metzger, Rainer Endermann, and Hans-Joachim Zeiler | 5/16/1995 |
| File history for U.S. Patent Application No. 07/737,631 (issued as U.S. Patent 5,416,096) | 5/16/1995 |
| File history for U.S. Patent Application No. 08/026,906 | 5/17/1995 |
| *Firestone, B.A. et al.*, "Solubility characteristics of three fluoroquinolone ophthalmic solutions in an *in vitro* tear model," Int'l Journal of Pharmaceutics 164 (1998) 119-128 | Accepted for publication 11/26/1997 |
| *Dalhoff et al.*, "In vitro activity of BAY 12-8039, a new 8-methoxyquinolone," Chemotherapy, Vol. 42, No. 6, pp. 410-425 (1996) | November – December 1996 |
| *Schmitz et al.*, "Relationship between ciprofloxacin, ofloxacin, levofloxacin, sparfloxacin and moxifloxacin (BAY 12-8039) MICs and mutations in *grlA, grlB, gyrA,* and *gyrB* in 116 unrelated clinical isolates of *Staphylococcus aureus*," J. Antimicrob. Chemother., Vol. 41, pp. 481-484 | April 1998 |
| USP Dictionary of USAN and International Drug Names (2000 edition), p. 479 | 2000 |
| Remington: The Science and Practice of Pharmacy, 19th ed. (1995); Ch. 89: Ophthalmic Preparations (author: Gerald Hecht), pp. 1563-1579 (Mack Publishing Co., Easton, Pa.) | 1995 |
| Modern Pharmaceutics, 2nd ed. (1990), Ch. 14: Design and Evaluation of Ophthalmic Pharmaceutical Products (Marcel Dekker, Inc., New York) | 1990 |
| Entry for "Ciloxan Solution/Drops; Ophthalmic" in the U.S. Food and Drug Administration's Approved Drug Products with Therapeutics Equivalence Evaluations | 7/24/2007 |
| Monograph for Ciloxan from the 53rd edition of the Physicians' Desk Reference, pp. 490-491 | 1999 |
| Poster entitled "Synthesis and In Vitro Activity of BAY12-8039, a New 8-Methoxyquinolone" | 1996 |
| Abstract entitled "Synthesis and In Vitro Activity of BAY12-8039, a New 8-Methoxyquinolone" | 1996 |
| Monograph for Ciloxan from the 50th edition of the Physicians' Desk Reference, pp. 472-473 | 1996 |
| Monograph for Tobradex Ophthalmic Suspension from the 50th edition of the Physicians' Desk Reference, pp. 473-474 | 1996 |
| Entry for "Ciloxan Ointment; Ophthalmic" in the U.S. Food and Drug Administration's Approved Drug Products with Therapeutic Equivalence Evaluations | 7/23/2007 |
| U.S. Patent No. 5,149,693 to Gerald D. Cagle, Thomas O. McDonald, and Allan L. Rosenthal | 9/22/1992 |

| DESCRIPTION | DATE |
|---|---|
| *Snyder, et. al.*, "Ciprofloxacin-resistant Bacterial Keratitis," Am. J. Ophthal., 114:336-338 | September 1992 |
| *Forster*, "The Management of Infectious Keratits As We Approach the 21st Century," The CLAO Journal, Vol. 24, No. 3, pp. 175-180 | July 1998 |
| *Zurenko, et al.*, "Oxazolidinone antibacterial agents: development of the clinical candidates eperezolid and linezolid," Ex. Opin. Invest. Drugs (1997) 6(2): 151-158 | 1997 |
| *Ysasaga, et al.*, "Efficacy of New Streptogramin(Synercid) and Oxazolidinone(Linezolid) antibiotics against Vancomycin Reduced and Multi-Drug Resistant Staphylococci recovered from Endophthalmitis cultures" (Abstract) | 3/15/2001 |
| *Callegan, et al.*, "Antibacterial Activity of the Fourth-Generation Fluoroquinolones Gatifloxacin and Moxifloxacin Against Ocular Pathogens," Adv. Chemother. 20(5): 246-252 | September/October 2003 |
| *Rubinstein*, "History of Quinolones and Their Side Effects," Chemother. 2001; 47(suppl 3): 3-8, 44-46 | 2001 |
| Internet page printout entitled "Search results from the 'OB_Rx' table for query on '019537'" (Orange Book records for Cipro) | 10/29/2007 |
| *O'Brien et al.*, "Topical Ciprofloxacin Treatment of *Pseudomonas* Keratitis in Rabbits," Arch. Ophthal. 106: 1444-1446 | 10/1998 |
| Internet page printout entitled "Search results from the 'OB_Rx' table for query on '019735'" (Orange Book records for Floxin) | 12/16/1997 (approval date) |
| *Borrmann et al.*, "Ofloxacin in Human Serum, Urine, and Tear Film After Topical Application," Cornea 11(3): 226-230 | 1992 |
| U.S. Patent No. 6,395,746 to Gerald Cagle, Robert L. Abshire, David W. Stroman, and John M. Yanni | 5/28/2002 |
| *Liu*, "Pharmacokinetics of Sparfloxacin in the Serum and Vitreous Humor of Rabbits: Physicochemical Properties That Regulate Penetration of Quinolone Antimicrobials," Antimicrob. Agents Chemother. 42: 1417-1423 | 6/1998 |
| *Robertson et al.*, "Absorption and Distribution of Moxifloxacin, Ofloxacin and Gatifloxacin into Ocular Tissues and Plasma Following Topical Ocular Administration to Pigmented Rabbits," Invest. Ophthalmol. Vis. Sci. 2004:45: E-Abstract 4906 (Abstract) | 2004 |
| *Solomon et al.*, "Penetration of Topically Applied Gatifloxacin 0.3%, Moxifloxacin 0.5%, and Ciprofloxacin 0.3% into the Aqueous Humor," Ophthalmology 112(3): 466-469 | 3/2005 |

3

| DESCRIPTION | DATE |
|---|---|
| *Wagner et al.,* "Evaluation of Moxifloxacin, Ciprofloxacin, Gatifloxacin, Ofloxacin, and Levofloxacin Concentrations in Human Conjunctival Tissue," Arch. Ophthalmol. 123:1282-1283 | 9/2005 |
| *Woodcock et al.,* "In Vitro Activity of BAY 12-8039, a New Fluoroquinolone," Antimicrobial Agents and Chemotherapy, Jan. 1997, p. 101-106 | 1/1997 |
| Monograph for Ciloxan® from the 51st edition of the Physicians' Desk Reference, pp. 468-469 | 1997 |
| Monograph for Tobradex® from the 51st edition of the Physicians' Desk Reference, pp. 469-470 | 1997 |
| Monograph for Ocuflox® from the 51st edition of the Physicians' Desk Reference, pp. 478-479 | 1997 |
| Monograph for Ocuflox® from the 49th edition of the Physicians' Desk Reference, pp. 496-497 | 1995 |
| Adam, D. 1997<br>Influence of BAY 12-8039 on phagocytosis, burst, and killing (PKB) activities of human granulocytes. Abstract and Poster F-148, p 171.<br><br>*In* Program and abstracts of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada. | 1997 |
| Al-Nawas, B., Shah, P. 1998<br>Intracellular activity of ciprofloxacin and moxifloxacin, a new 8-methoxyquinolone, against methicillin-resistant *Staphylococcus aureus.*<br><br>J Antimocrob Chemother; 41:655-658. | June 1998 |
| Aldridge, K., Ashcraft, D. 1996<br>BAY 12-8039, a new 8-methoxyquinolone: *in vitro* activity against clinically important anaerobes. Abstract and Poster F-15, p 102.<br><br>*In* Program and abstracts of the 36th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, Louisiana. | 1996 |
| Aldridge, K., Ashcraft, D. 1997<br>Comparison of the in vitro activities of BAY 12-8039, a new quinolone, and other antimicrobials against clinically important anaerobes. 1997.<br><br>Antimicrob Agents Chemother. 41:709-711. | March 1997 |

4

| DESCRIPTION | DATE |
|---|---|
| Bauernfeind, A. 1997<br>Comparison of the antibacterial activities of the quinolones Bay 12-8039, gatifloxacin (AM 1155), trovafloxacin, clinafloxacin, levofloxacin and ciprofloxacin.<br>*J Antimicrob Chemother.* 40:639-651. | November 1997 |
| Bebear, C., Renaudin, H., *et al.* 1998<br>*In vitro* activity of BAY 12-8039, a new fluoroquinolone, against mycoplasmas.<br>Antimicrob Agents Chemother. 42:703-704. | March 1998 |
| Boswell, F., Andrews, J., Wise, R. 1997.<br>Pharmacodynamic properties of BAY 12-8039 on gram-positive and gram-negative organisms as demonstrated by studies of time-kill kinetics and postantibiotic effect.<br>Antimicrob Agents Chemother. 41:1377-1379. | June 1997 |
| Brenwald, N., Gill, M., Wise, R. 1997.<br>Fluoroquinolone resistance in *Streptococcus pneumonia* by an efflux mechanism.<br>Abstract and poster C181, p 77. *In* Program and abstracts of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada. | 1997 |
| Brueggemann, A., Kugler, K., Doern, G. 1997.<br>*In vitro* activity of BAY 12-8039, a novel 8-methoxyquinolone, compared to activities of six fluoroquinolones against *Streptococcus pneumonia, Haemophilus influenza,* and *Moraxella catarrhalis.*<br>*Antimicrob Agents Chemother.* 41:1594-1597. | July 1997 |
| Dalhoff, A. 1997.<br>Dissociated resistance among fluoroquinolones.<br>Abstract 3257, p 90. *In Program and abstracts of the 20th International Congress of Chemotherapy, Sydney, Australia.* | 1997 |
| Dalhoff, A. 1998.<br>Lack of *in vivo* emergence of resistance against BAY 12-8039 in *S. aureus* and *S. pneumonia.*<br>Abstract and poster 47.003, p124. *In* Abstracts of the 8th International Congress on Infectious Diseases, Boston, Massachusetts. | 1998 |

5

| DESCRIPTION | DATE |
|---|---|
| Durham, E., Amyes, G., et al. 1997.<br>*In vitro* activity of BAY 12-8039 against *Staphylococcus aureus*.<br><br>Abstract and Poster F-139, p 169. *In* Program and abstracts of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada. | 1997 |
| Everett, M., Piddock, L. 1998.<br>Mechanisms of resistance to fluoroquinolones.<br><br>*In:* Kuhlmann, J., Dalhoff, A., Zeiler, H._J. eds. Quinolone Antibacterials, Berlin, Springer Verlag; p 259-296. | 1998 |
| Fass, R. 1997.<br>*In vitro* activity of BAY 12-8039, a new 8-methoxyquinolone.<br>Antimicrob Agents Chemother. 41:1818-1824. | August 1997 |
| Felmingham, D., Robbins, M., et al. 1996.<br>*In vitro* activity of BAY 12-8039 against bacterial respiratory tract pathogens, mycoplasmas and obligate anaerobic bacteria. Abstract, F-8, p 101.<br><br>*In* Program and abstracts of the 36th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, Louisiana. | 1996 |
| Felmingham, D., Robbins, M., et al. 1997.<br>*In vitro* activity of BAY 12-8039.<br><br>Abstract & Poster. P1156, p285. *In* Program and abstracts of the 8th European Congress of Clinical Microbiology and Infectious Diseases, Lausanne, Switzerland. | 1997 |
| Gillespie, S., Billington, O. 1998.<br>Activity of BAY 12-8039 against mycobacteria.<br><br>Abstract and Poster 55.021, p 176. *In* Abstracts of the 8th International Congress on Infectious Diseases, Boston, Massachusetts. | 1998 |
| Goldstein, E., Citron, D., et al. 1997.<br>*In vitro* activity of BAY 12-8039, a new 8-methoxyquinolone, compared to the activities of 11 other oral antimicrobial agents against 390 aerobic and anaerobic bacteria isolated from human and animal bite would skin and soft tissue infections in humans.<br><br>*Antimicrob Agents Chemother.* 41:1552-1557. | July 1997 |

6

| DESCRIPTION | DATE |
|---|---|
| Gross, W., Vadney, F., et al. 1997.<br>*In vitro* activity of BAY 12-8039, a new 8-methoxyquinolone, against mycobacteria. Abstract and Poster F-144, p 170.<br>*In* Program and abstracts of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada. | 1997 |
| Grosset, J., Lounis, N., et al. 1998.<br>*In vitro* and *in vivo* activities of moxifloxacin and clinafloxacin against *Mycobacterium tuberculosis*. Abstract and Poster 55.014, p 175.<br>In Abstracts of the 8th International Congress on Infectious Diseases, Boston, Massachusetts. | 1998 |
| Heisig, P., Wiedemann, B. 1997.<br>*In vitro* activity of the new quinolone BAY 12-8039 against defined mutants of *Escherichia coli* and *Staphylococcus aureus*.<br>Abstract and Poster F-140, p 169. *In* Program and abstracts of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada. | 1997 |
| Jacobs, E., Dalhoff, A., Brunner, H. 1996.<br>Efficacy of BAY 12-8039 in *Mycoplasma pneumonia* infected guinea pigs. Abstract and Poster F-17, p 102.<br>*In* Program and abstracts of the 36th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, Louisiana. | 1996 |
| Ji et al., 1998<br>In vitro and in vivo activities of moxifloxacin and clinafloxacin against Mycobacterium tuberculosis.<br>Antimicrob Agents Chemother. 42(8):2066-9. | August 1998 |
| Kenny, G., Cartwright, F. 1997.<br>Susceptibilities of human mycomplasma to BAY 12-8039.<br>Abstract and Poster F-143, p 170. *In* Program and abstracts of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada. | 1997 |

| DESCRIPTION | DATE |
|---|---|
| Kitzis, M., Goldstein, F., *et al.* 1996. *In vitro* activity of BAY 12-8039 against multiply-resistant *Staphylococcus aureus, Streptococcus pneumonia* and *Enteroccus faecalis*. Abstract and Poster F-12, p 102. *In* Program and abstracts of the 36th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, Louisiana. | 1996 |
| Klugman, K., Capper, T. 1997. Concentration-dependent killing of antibiotic-resistant pneumococci by the methoxyquinolone moxifloxacin. J Antimicrob Chemother. 40:797-802. | Dcember 1997 |
| Kubitza, D., Stass, H., *et al.* BAY 12-8039, a new 8-methoxy-quinolone: Safety, tolerability and steady state pharmacokinetics in healthy male volunteers. Intersci Conf Antimicrob Agents Chemother, New Orleans, Louisiana, 1996 104 Abstr F25. | 1996 |
| Kubitza, D., Stass, H., *et al.* BAY 12-8039, a new 8-methoxy-quinolone: Safety, tolerability and steady state of pharmacokinetics in healthy male volunteers. Intersci Conf Antimicrob Agents Chemother, New Orleans, Louisiana, 1996, 104 Abstr F25. | 1996 |
| MacGowan, A., Bowker, K. *et al.* 1997. Bay 12-8039, a new 8-methoxy-quinolone: comparative in-vitro activity with nine other antimicrobials against anaerobic bacteria. *J Antimicrobial Chemother*. 40:503-509. | October 1997 |
| Maggiolo, F., Capra, R., *et al.* 1997. Subinhibitory concentrations of BAY 12-8039, pharmacodynamic effect *in vitro*. Abstract & Poster. F-147, p 171. *In* Program and abstracts of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada. | 1997 |

8

| DESCRIPTION | DATE |
|---|---|
| Nichterlein, T., Kretschmar, M., Hof, H. 1996. BAY 12-8039, a new quinolone derivative is superior to standard therapeutics in murine salmonellosis and listeriosis.<br><br>Abstract and Poster F-14, p 102. *In* Program and abstracts of the 36th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, Louisiana. | 1996 |
| Nishino, T., Gotoh, Y., Otsuki, M. 1997. *In vitro* and *in vivo* antibacterial activity of BAY 12-8039, a new quinolone. Abstract and Poster 3352, p 108.<br><br>*In* program and abstracts of the 20th International Congress of Chemotherapy, Sydney, Australia. | 1997 |
| Ostergaard, C., Sorensen, T., *et al*. 1997. Evaluation of a new 8-methoxyquinolone – BAY 12-8039 – against a penicillin-resistant *Streptococcus pneumonia* type 9V in experimental meningitis in rabbits.<br><br>Abstract and poster B77, p 40. *In* Program and abstracts of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada. | 1997 |
| Pong, A., Thomson, K., *et al*. 1997. Activity of BAY 12-8039 against staphylococcal and pneumococcal mutants with diminished susceptibility or resistance to ciprofloxacin.<br><br>Abstract and Poster C-85, p 61. *In* Program and abstracts of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada. | 1997 |
| Renaudin, H., Bebear, C., *et al*. 1996. *In vitro* activity of BAY 12-8039, a new fluoroquinolone against *Mycoplasma*. Abstract, F-9, p 101.<br><br>*In* Program and abstracts of the 36th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, Louisiana. | 1996 |
| Rouse, M., Piper, K., *et al*. 1997. *In vitro* and *in vivo* activity of ciprofloxacin, levofloxacin, sparfloxacin or BAY 12-8039 against penicillin-resistant *Streptococcus pneumonia*.<br><br>Abstract and Poster B-3, p 26. *In* Program and abstracts of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada. | 1997 |

9

| DESCRIPTION | DATE |
|---|---|
| Schmidt, H., Dalhoff, A., et al. 1998. Moxifloxacin in the therapy of experimental pneumococcal meningitis. Antimicrob Agents Chemother. 42:1397-1401. | June 1998 |
| Schmitz, F., Verhoef, J., et al. 1998. *In vitro* activity of various antimicrobials against 194 unrelated clinical methicillin-resistant Staphylococcus aureus (MRSA) isolates and stability of MIC values in 125 clonally related clinical MRSA. Abstract and poster 13.007, p 22. In Abstracts of the 8th International Congress of Infectious Diseases, Boston, Massachusetts. | 1998 |
| Stass, H., Dalhoff, A., et al. BAY 12-8039, a new methoxyquinolone: First pharmacokinetic results in healthy male volunteers. Abstracts selected from the 36. ICAAC by Bayer, New Orleans, Louisiana, 1996, 27 Abstr F024. | 1996 |
| Stass, H., Dalhoff, A., et al. Pharmacokinetics, safety and tolerability of ascending single doses of moxifloxacin, a new 8-methoxy quinolone, administered to healthy subjects. *Antimicrob Agents Chemother*, 1998, 42:2060-2065. | August 1998 |
| Stass, H., Halabi, A., et al. No dose adjustment needed for patients with renal impairment receiving oral BAY 12-8039. Intersci Conf Antimicrob Agents Chemother, San Diego, California, 1998, 4 Abstr A-14. | 1998 |
| Stass, H., Kubitza, D., et al. BAY 12-8039 does not interact with theophylline. Int Congr Chemother ICC, Sydney, Australia, 1997, 108 Abstr 3356. | 1997 |
| Stass, H., Kubitza, D., et al. BAY 12-8039, a new 8-methoxy-quinolone: Pharmacokinetics, safety and tolerability of single ascending intravenous doses in healthy male volunteers. 37 Intersci Conf Antimicrob Agents Chemother, Toronto, Ontario, Canada, 1997, 172 Abstr F-153. | 1997 |

| DESCRIPTION | DATE |
|---|---|
| Stass, H., Kubitza, D., *et al.* Pharmacokinetics, safety and tolerability of 800 mg BAY 12-8039 administered orally as a single dose. 8 Eur Congr Clin Microbiol Inf Dis, Lausanne, Switzerland, 1997, Abstr p 388. | 1997 |
| Stass, H., Schuehly, U., *et al.* Pharmacokinetics, safety and tolerability of 600 mg BAY 12-8039 administered once daily over 10 days. Clin Microbiol Infect 3, Eur Congr Clin Microbiol, Lausanne, Switzerland, 1997, 87 Abstr p 387. | 1997 |
| Sullivan, J., Woodruff, M., *et al.* Pharmacokinetics and tolerability of the new methoxyquinolone BAY 12-8039: 10 days treatment at 400 mg daily. 8 Eur Congr Clin Microbiol Inf Dis, Lausanne, Switzerland, 1997, Abstr p 389. | 1997 |
| Tarasi, A., Monaco, M., *et al.* 1997. Activity of BAY 12-8039 (B) in combination with vancomycin (V) or teicoplanin (T) against *S. aureus* (SA) isolated from infections unresponsive to glycopeptides (G). Abstract and Poster F-141, p 170. *In* Program and abstracts of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada. | 1997 |
| Thomson, K., Backes, S., Sanders, C. 1996. Susceptibility to BAY 12-8039 of pneumococci and staphylococci with varying levels of ciprofloxacin resistance. Abstract and Poster F-16, p 102. *In* PROGRAM AND ABSTRACTS OF THE 36TH Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, Louisiana. | 1996 |
| Vesga, O., Conklin, R., *et al.* 1996. Pharmacodynamic activity of BAY 12-8039 in animal infection models. Abstract and Poster F-22, p 102. *In* Program and abstracts of the 36th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, Louisiana. | 1996 |

11

| DESCRIPTION | DATE |
|---|---|
| Waterbury, K., Wang, J., *et al.* 1996.<br>Efficacy of BAY 12-8039, a potent new quinolone in mouse models of typical and atypical respiratory infection.<br><br>Abstract and Poster F-18, p 102. *In* Program and abstracts of the 36th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, Louisiana. | 1996 |
| Zhanel, G., Karlowsky, J., Hoban, D. 1998.<br>*In vitro* activities of six fluoroquinolones against Canadian isolates of vancomycin-sensitive and vancomycin-resistant *Enterococcus* species.<br><br>Diag Microbiol Infect Dis; 31:343-347. | June 1998 |

Dated: January 25, 2008

THE BAYARD FIRM

OF COUNSEL:

Bruce M. Gagala
M. Daniel Hefner
Douglas A. Robinson
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

*Attorneys for Defendant,*
*TEVA PHARMACEUTICALS USA, INC.*

## CERTIFICATE OF SERVICE

The undersigned counsel further certifies that, on January 25, 2008, copies of the foregoing document were sent to the following in the manner shown:

BY EMAIL AND BY HAND

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

BY EMAIL AND BY U.S. MAIL

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Dov P. Grossman, Esquire
David I. Berl, Esquire
Aaron P. Maurer, Esquire
Williams and Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

627932-1