IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 06-234-SLR |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 12th day of February, 2008, in preparation for the pretrial conference to be conducted this same date;

IT IS ORDERED that:

1. **Trial exhibits.**

    a. **On or before the first day of trial**, plaintiffs and defendant each shall submit to chambers staff an exhibit list,[1] identifying in numerical order all of the exhibits the parties intend to introduce at trial. Plaintiffs' exhibits shall be labeled as such (e.g., "PTX 1", etc.); defendant's exhibits, likewise, shall be labeled as such (e.g., "DTX 1", etc.).

    b. The parties shall confer in order to eliminate any duplicative exhibits.

---

[1]The form to be used to list trial exhibits is on my website.

Any exhibits identified by both plaintiffs and defendant shall be listed separately in a joint trial exhibit list; all joint trial exhibits shall be labeled as such (e.g., "JTX 1", etc.).

c. The parties shall be responsible for accurately labeling the physical trial exhibits, consistent with the above, and shall maintain their own exhibits until the final submission with the post trial briefs.

d. Only those exhibits formally admitted through the testimony of a witness, or otherwise admitted with court approval, shall be identified as admitted on the final trial exhibit list and submitted for purposes of the trial record.

2. **Trial schedule.** Trial in the above captioned matter shall be conducted as follows:

   a. Tuesday, February 26       9:30 to 4:30

   b. Wednesday, February 27    9:30 to 3:00

   c. Thursday, February 28      9:30 to 4:30

   d. Monday, March 3            9:30 to 4:30

   e. Tuesday, March 4           9:30 to 4:30

   f. Wednesday, March 5         9:30 to 4:30

   g. Thursday, March 6          9:30 to 4:30

3. **Trial time.** Plaintiffs (jointly) and defendant each shall have twenty (20) hours in which to present their evidence and arguments.

_____
United States District Judge

2