IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 06-234-SLR |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 13th day of February, 2008, having conferred with counsel;

IT IS ORDERED that plaintiffs (jointly) and defendant each shall have 23 hours in which to present evidence and argument. The 23 hours of trial time shall include the time allocated by the parties for the taking of trial testimony in Germany of Dr. Uwe Petersen.[1] Plaintiffs shall arrange for this testimony to be presented live to the court within 30 days of the end of trial. If plaintiffs fail to timely make these arrangements, defendant may submit deposition designations in lieu of trial testimony. In addition to the 23 hours of trial time provided above, the parties may submit to Ms. Valerie Gunning, on Monday, March 10, 2008, deposition designations to include in the trial

---

[1] The court has not given the parties any more trial days in Wilmington; the additional six hours are to accommodate the Petersen "deposition" in Germany.

transcript, such designations not to exceed two (2) additional hours of trial time.


_____
United States District Judge