IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 06-234 (SLR) |

## AGREEMENT REGARDING ELIMINATION OF DUPLICATE EXHIBITS

Pursuant to the Court's February 12, 2008 Order, the parties have conferred to eliminate any duplicative exhibits appearing on both sides' exhibit lists. For the convenience of the Court and the parties, rather than create a third list of exhibits containing those documents listed on both parties' lists, Defendant has removed all exhibits which also appear on Plaintiffs' Exhibit List from Defendant's Exhibit List, and the parties have agreed to use at trial the PTX version of each such document. The parties agree that either side may introduce exhibits bearing a "PTX" number and that no inference should be drawn from and no significance attached to the fact that an exhibit bears a "PTX" as opposed to a "DTX" trial exhibit number. The documents affected by this Agreement are as follows:

| PTX |
|---|
| 1 |
| 2 |
| 3 |

| PTX |
|:---:|
| 4 |
| 5 |
| 6 |
| 7 |
| 11 |
| 12 |
| 18 |
| 20 |
| 65 |
| 66 |
| 87 |
| 101 |
| 115 |
| 130 |
| 135 |
| 137 |

RLF1-3256966-1

| **PTX** |
| --- |
| 141 |
| 153 |
| 157 |
| 170 |
| 303 |
| 223 |
| 225 |
| 226 |
| 241 |
| 264 |
| 276 |
| 363 |
| 393 |
| 1025 |
| 1052 |
| 1058 |

| PTX |
|---|
| 1061 |
| 1062 |
| 1063 |
| 1065 |
| 1066 |
| 1080 |
| 1092 |
| 1095 |
| 1096 |
| 1098 |
| 1099 |
| 1100 |
| 1101 |
| 1102 |
| 1107 |
| 1112 |

| PTX |
|---|
| 1113 |
| 1114 |
| 1117 |
| 1118 |
| 1124 |
| 1125 |
| 1126 |
| 1133 |
| 1134 |

SO ORDERED this _____ day of February, 2008.

                                    _____
                                    Sue L. Robinson
                                    United States District Judge

JOINTLY SUBMITTED BY

| | |
|---|---|
| /s/ Frederick L. Cottrell, III | /s/ Richard D. Kirk |
| Frederick L. Cottrell, III (#2555) | Richard D. Kirk (#922) |
| Cottrell@rlf.com | rkirk@bayardfirm.com |
| Jeffrey L. Moyer (#3309) | Ashley B. Stitzer (#3891) |
| moyer@rlf.com | astitzer@bayardfirm.com |
| Anne Shea Gaza (#4093) | THE BAYARD FIRM |
| gaza@rlf.com | 222 Delaware Ave., Suite 900 |
| RICHARDS, LAYTON & FINGER, P.A. | P.O. Box 25130 |
| One Rodney Square | Wilmington, DE 19899 |
| 920 North King Street | (302) 655-5000 (telephone) |
| Wilmington, Delaware 19801 | |
| (302) 651-7700 (telephone) | |
| (302) 651-7701 (facsimile) | |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Bruce R. Genderson | Bruce M. Gagala |
| Adam L. Perlman | M. Daniel Hefner |
| David I. Berl | Douglas A. Robinson |
| Dov P. Grossman | LEYDIG, VOIT & MAYER, LTD. |
| Stanley E. Fisher | Two Prudential Plaza |
| WILLIAMS & CONNOLLY LLP | 180 N. Stetson Avenue, Suite 4900 |
| 725 Twelfth Street, N.W. | Chicago, IL 60601 |
| Washington, DC 20005 | (312) 616-5600 (telephone) |
| (202) 434-5000 (telephone) | (312) 616-5700 (facsimile) |
| (202) 434-5029 (facsimile) | |
| | Attorneys for Defendant |
| Attorneys for Plaintiffs | Teva Pharmaceuticals USA, Inc. |
| Bayer HealthCare AG, | |
| Bayer Pharmaceuticals, Corp., | |
| Alcon, Inc. and | |
| Alcon Research, Ltd. | |

Dated: February 25, 2008

RLF1-3256966-1