IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC. ) <br> and ALCON RESEARCH, LTD., ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> TEVA PHARMACEUTICALS USA, INC., ) <br>   ) <br> Defendant. ) | Civil Action No. 06-234 |

**STIPULATION AND ORDER REGARDING
POST-TRIAL BRIEFING SCHEDULE AND PAGE LIMITS**

Plaintiffs Alcon, Inc. and Alcon Research, Ltd. (collectively, "Alcon") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), by their undersigned counsel, hereby stipulate to, and jointly request the Court to order, the following schedule and page limits for post-trial briefing of this matter:

1. Alcon shall file an opening brief regarding infringement on April 25, 2008. This brief shall not exceed 15 pages.

2. Teva shall file a responsive brief regarding infringement and an opening brief regarding invalidity on May 22, 2008. These briefs combined shall not exceed a total of 65 pages.

3. Alcon shall file a reply brief regarding infringement and a responsive brief regarding invalidity on July 2, 2008. These briefs combined shall not exceed a total of 65 pages.

4. Teva shall file a reply brief regarding invalidity on August 1, 2008. This brief shall not exceed 15 pages.

5.   The page limits set forth herein shall be exclusive of cover pages, tables of contents, tables of authorities, and certificates of service.

| | |
|---|---|
| *Anne Shea Gaza* (signature) | /s/ Richard D. Kirk |
| Frederick L. Cottrell, III (#2555) | Richard D. Kirk (#0922) |
| cottrell@rlf.com | rkirk@bayardfirm.com |
| Jeffrey L. Moyer (#3309) | Ashley B. Stitzer (#3891) |
| moyer@rlf.com | astitzer@bayardfirm.com |
| Anne Shea Gaza (#4093) | Bayard, P.A. |
| gaza@rlf.com | 222 Delaware Ave., Suite 900 |
| RICHARDS, LAYTON & FINGER, P.A. | P.O. Box 25130 |
| One Rodney Square | Wilmington, DE 19899 |
| 920 North King Street | (302) 655-5000 (telephone) |
| Wilmington, Delaware 19801 | |
| (302) 651-7700 (telephone) | |
| (302) 651-7701 (facsimile) | |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Bruce R. Genderson | Bruce M. Gagala |
| Adam L. Perlman | M. Daniel Hefner |
| David I. Berl | Douglas A. Robinson |
| Dov P. Grossman | LEYDIG, VOIT & MAYER, LTD. |
| Stanley E. Fisher | Two Prudential Plaza |
| WILLIAMS & CONNOLLY LLP | 180 N. Stetson Avenue, Suite 4900 |
| 725 Twelfth Street, N.W. | Chicago, IL 60601 |
| Washington, DC 20005 | (312) 616-5600 (telephone) |
| (202) 434-5000 (telephone) | (312) 616-5700 (facsimile) |
| (202) 434-5029 (facsimile) | |
| | Attorneys for Defendant |
| Attorneys for Plaintiffs | Teva Pharmaceuticals USA, Inc. |
| Alcon, Inc. and Alcon Research, Ltd. | |

SO ORDERED, this ___ day of _____, 2008

_____
Sue L. Robinson
United States District Judge

2