IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC. and ALCON RESEARCH, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 06-234-SLR ) ) ) ) ) |

## STIPULATION AND ORDER REGARDING TRANSCRIPT ERRATA

Plaintiffs Alcon, Inc. and Alcon Research, Ltd. (collectively, "Alcon") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), by their undersigned counsel, hereby stipulate and agree as follows. While the lists of admitted exhibits that the parties have previously submitted to the Court correctly reflect the exhibits that were admitted at the trial of this matter, the trial transcript contains the following transcription errors regarding the identification of several exhibits that were admitted into evidence. Accordingly, the parties jointly request that the Court order that the record be updated to reflect the following corrections to the trial transcript regarding the exhibits that were admitted at trial:

| Transcript Page and Line Number | Errata |
|---|---|
| 56:16 | "Plaintiffs' Exhibit 50" should read "Plaintiffs' Exhibit 5" |
| 56:19 | "Plaintiffs' Exhibit No. 50" should read "Plaintiffs' Exhibit No. 5" |
| 144:16 | "Plaintiffs' Exhibit 50" should read "Plaintiffs' Exhibit 550" |
| 144:20 | "Plaintiffs' Exhibit No. 50" should read "Plaintiffs' Exhibit No. 550" |
| 1050:7 | "Plaintiffs' Exhibit No. 209" should read "Defendant's Exhibit 209" |
| 1069:7 | "Plaintiffs' Exhibit No. 238" should read "Defendant's Exhibit 238" |

{00870875;v1}

| 1079:24 | "Plaintiffs' Exhibit No. 233" should read "Defendant's Exhibit 233" |
| 1081:25 | "Plaintiffs' Exhibit No. 230" should read "Defendant's Exhibit 230" |
| 1086:12 | "Plaintiffs' Exhibit No. 234" should read "Defendant's Exhibit 234" |
| 1096:15 | "Plaintiffs' Exhibit No. 243" should read "Defendant's Exhibit 243" |

/s/ Anne Shea Gaza (ag4093)
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

OF COUNSEL:
Bruce R. Genderson
Adam L. Perlman
David I. Berl
Dov P. Grossman
Stanley E. Fisher
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Attorneys for Plaintiffs*
*Alcon, Inc. and Alcon Research, Ltd.*

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
rkirk@bayardfirm.com
Ashley B. Stitzer (#3891)
astitzer@bayardfirm.com
BAYARD, P.A.
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

OF COUNSEL:
Bruce M. Gagala
M. Daniel Hefner
Douglas A. Robinson
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

SO ORDERED, this ___ day of _____, 2008

_____
Sue L. Robinson
United States District Judge