IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC. and ALCON RESEARCH, LTD., <br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-234<br>)<br>)<br>)<br>)<br>) |

## CONSENT JUDGMENT AND ORDER

Plaintiffs Bayer HealthCare AG and Bayer Pharmaceuticals Corporation (collectively "Bayer") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") having agreed to terms and conditions representing a negotiated settlement of the portion of this action relating to Bayer's U.S. Patent Nos. 4,990,517 (the "'517 Patent") and 5,607,942 (the "'942 Patent"), having set forth those terms and conditions in a Settlement Agreement, and having consented to the entry of this Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Claims 1, 2, 8, 9, and 11 of the '517 Patent and Claims 1, 2, 3, 4, 5, and 7 of the '942 Patent are valid.

3. The '517 Patent and '942 Patent are enforceable.

4. The moxifloxacin tablet product that is described in, and the subject of, Teva's Abbreviated New Drug Application ("ANDA") No. 77-437 and/or the use thereof infringes Claims 1, 2, 8, 9, and 11 of the '517 Patent and Claims 1, 2, 3, 4, 5, and 7 of the '942 Patent.

5.	The moxifloxacin ophthalmic product that is described in, and the subject of, Teva's ANDA No. 78-073 and/or the use thereof infringes Claims 1, 2, 8, and 11 of the '517 Patent and Claims 1, 2, 3, 4, 5, and 7 of the '942 Patent.

6.	Teva and its Affiliates (as defined in the Settlement Agreement) shall not make, offer for sale, or sell the products that are described in ANDA Nos. 77-437 and 78-073 prior to the dates set forth in the Settlement Agreement, and then only as set forth in the Settlement Agreement.

7.	Each of the parties shall bear its own costs and attorney fees.

8.	Judgment is hereby entered in favor of Bayer and against Teva on Bayer's claims of infringement of the '517 Patent and '942 Patent.

9.	The portion of this matter relating to U.S. Patent No. 6,716,830, which is being asserted by Alcon, is not subject to and not affected by this Judgment.

10.	The parties waive any right to appeal from this Judgment.


SO ORDERED, this ___ day of _____, 2008.


_____
Sue L. Robinson
United States District Judge

JOINTLY SUBMITTED BY

*Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700 (telephone)
(302) 651-7701 (facsimile)

OF COUNSEL:
Bruce R. Genderson
Adam L. Perlman
David I. Berl
Dov P. Grossman
Stanley E. Fisher
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)

Attorneys for Plaintiffs
Bayer HealthCare AG and
Bayer Pharmaceuticals, Corp.

/s/ Richard D. Kirk
Richard D. Kirk (#0922)
rkirk@bayardfirm.com
Ashley B. Stitzer (#3891)
astitzer@bayardfirm.com
Bayard, P.A.
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000 (telephone)

OF COUNSEL:
Bruce M. Gagala
M. Daniel Hefner
Douglas A. Robinson
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5600 (telephone)
(312) 616-5700 (facsimile)

Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.