IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, <br> ALCON, INC. and <br> ALCON RESEARCH, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-234-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF TRIAL TRANSCRIPT ERRATA

Plaintiffs Alcon, Inc. and Alcon Research, Ltd. hereby note the following errors in the trial transcript for the reasons indicated:

1. Page No. 570, Line No. 17
   Insert "hundred" between "three" and "others"
   Reason for change: transcription error

2. Page No. 787, Line Nos. 14
   Insert "not" between "will" and "be"
   Reason for change: transcription error

These errors are in portions of the transcript to which the parties cite in their respective post-trial submissions. Plaintiffs have not undertaken to review and identify errors in portions of the trial transcript that neither side has relied upon in post-trial submissions.

RLF1-3298881-1

|  |  |
|---|---|
| OF COUNSEL: | /s/ Frederick L. Cottrell, III |
|  | Frederick L. Cottrell, III (#2555) |
|  | *Cottrell@rlf.com* |
| Bruce R. Genderson | Jeffrey L. Moyer (#3309) |
| Adam L. Perlman | *Moyer@rlf.com* |
| David I. Berl | Anne Shea Gaza (#4093) |
| Dov P. Grossman | *Gaza@rlf.com* |
| Stanley E. Fisher | Richards, Layton & Finger P.A. |
| Williams & Connolly LLP | One Rodney Square |
| 725 Twelfth Street, N.W. | 920 North King Street |
| Washington, D.C. 20005 | Wilmington, DE 19801 |
| (202) 434-5000 | (302) 651-7700 |
| (202) 434-5029 (Facsimile) | (302) 651-7701 (Facsimile) |

Dated: July 2, 2008

*Attorneys for Plaintiffs Alcon, Inc. and Alcon Research, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

I hereby certify that on July 2, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Bruce M. Gagala, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com