IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC. and ALCON RESEARCH, LTD. <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 06-234 (SLR) ) ) ) ) ) |

### DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S POST-TRIAL REPLY BRIEF ON THE INVALIDITY OF U.S. PATENT NO. 6,716,830

Dated: August 1, 2008

OF COUNSEL:

Bruce M. Gagala
M. Daniel Hefner
Douglas A. Robinson
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

BAYARD, P.A.

Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000
Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

{BAY:01092363v1}

**THIS DOCUMENT WAS FILED UNDER SEAL**

{BAY:01092363v1}

## CERTIFICATE OF SERVICE

The undersigned counsel further certifies that, on August 1, 2008, copies of the foregoing document were sent to the following in the manner shown:

BY EMAIL AND BY HAND

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

BY EMAIL AND BY U.S. MAIL

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Dov P. Grossman, Esquire
David I. Berl, Esquire
Aaron P. Maurer, Esquire
Williams and Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005

/s/ Stephen B. Brauerman (sb4952)
Stephen B. Brauerman

{BAY:01092344v1}