IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC. and ALCON RESEARCH, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | Civil Action No. 06-234 (SLR) |

**TEVA PHARMACEUTICALS USA, INC.'S RESPONSE TO ALCON'S "NOTICE OF TRIAL TRANSCRIPT ERRATA" (D.I. 113)**

On July 2, 2008, Plaintiff's Alcon, Inc. and Alcon Research, Ltd. (collectively "Alcon") filed a document entitled "Notice Of Trial Transcript Errata." This document purports to identify two "errors" in the trial transcript. The passages containing theses supposed "errors" are cited in "Plaintiff's Post-Trial Brief On Validity" (D.I. 112, p. 30, fn. 8 and p. 36, fn. 13).

Teva Pharmaceuticals USA, Inc. ("Teva") does not agree to the transcript changes requested by Alcon. The parties already addressed errata identified in the transcript in a Stipulation and Order signed by the Court (D.I. 95). Alcon did not attempt to contact Teva regarding the transcript changes it now requests. Alcon's requested changes alter the substance of the testimony, and are not supported by the context in which the testimony occurs. Accordingly, Teva objects to Alcon's unilateral attempt to change the testimony of its witnesses.

Dated: August 1, 2008

OF COUNSEL:

Bruce M. Gagala
M. Daniel Hefner
Douglas A. Robinson
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

BAYARD, P.A.

<u>/s/ Stephen B. Brauerman (sb4952)</u>
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000
Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

## CERTIFICATE OF SERVICE

The undersigned counsel further certifies that, on August 1, 2008, copies of the foregoing document were sent to the following in the manner shown:

BY EMAIL AND BY HAND

Frederick L. Cottrell III, Esquire
Jeffrey L. Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

BY EMAIL AND BY U.S. MAIL

Bruce R. Genderson, Esquire
Adam L. Perlman, Esquire
Dov P. Grossman, Esquire
David I. Berl, Esquire
Aaron P. Maurer, Esquire
Williams and Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005

/s/ Stephen B. Brauerman (sb4952)
Stephen B. Brauerman