IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON, INC. and<br>ALCON RESEARCH, LTD., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 06-234-SLR<br>) |
| TEVA PHARMACEUTICALS USA,<br>INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**O R D E R**

At Wilmington, this 19th day of October, 2009, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Teva's ANDA product infringes claim 1 of U.S. Patent No. 6,716,830.

2. Teva has failed to prove the invalidity of U.S. Patent No. 6,716,830 by clear and convincing evidence.

3. The Clerk of Court is directed to enter judgment in favor of plaintiffs and against defendant.

                                                       _____
                                                       United States District Judge