IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON, INC. and<br>ALCON RESEARCH, LTD., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 06-234-SLR<br>) |
| TEVA PHARMACEUTICALS USA,<br>INC., | )<br>)<br>) |
| Defendant. | )<br>) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of October 19, 2009;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs Alcon, Inc. and Alcon Research, Ltd. and against defendant Teva Pharmaceuticals USA, Inc.

_____
United States District Judge

Dated: 10/20/09

_____
(By) Deputy Clerk